# Exhibit A

**Form A**

SUPERIOR COURT
BUR FINANCE

**Plaintiff or Filing Attorney Information:**

Name   Pro Se Kyle Bermudez

NJ Attorney ID Number   not applicable

Address   4 Colonial Ct.

Hainesport, NJ 08036

Telephone Number   (609) 288-6217

2018 NOV 13  AM 10: 13

RECEIVED
BY: 001

( ) Cash  (X) Check
( ) Money Order
**Fee Paid & Entered**

NOV 14 2018

#  135
Amount $ 250.00
Batch # 322

SUPERIOR COURT OF NJ
BURLINGTON COUNTY
FILED
11/13/2018
Civil Division

Kyle Bermudez

Plaintiff,

v.

Rowan College at Burlington County

Defendant(s).

Superior Court of New Jersey

Division   Burlington   County

CIVIL   Part

Docket No:   L - 2495 - 18
(to be filled in by the court)

Civil Action

**Complaint**

Plaintiff,   Kyle Bermudez                          , residing at
(your name)

4 Colonial Ct.                          , City of   Hainesport
(your address)                                    (your city or town)

County of   Burlington
(your county)

State Of New Jersey, complaining of defendant, states as follows:

1.  On _____, 20____                          , Defendant
(name of person being sued)

(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)

_See attachment_

The defendant in this action resides at  900 College Circle, Mount Laurel, New Jersey 08054-9416  ,
(defendant's address)

In the County of   Burlington                          , State of New Jersey.
(name of county where defendant lives)

2.  Plaintiff is entitled to relief from defendant under the above facts.

Revised 11/17/2014, CN 10553
Revised 11/01/2013, CN 11210                    KB   11-12-18                         page 6 of 7

## Form A

3. The harm that occurred as a result of defendant's acts, include: (list each item of damage and injury)

SUPERIOR COURT
OF FINANCE

1. _____See attachment_____     2018 NOV 13  AM 10: 13

RECEIVED
BY: 001

2. _____See attachment_____

3. _____See attachment_____

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: ___11-12-18___     Signature: _____Kyle Berly_____

## CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: ___11-12-18___     Signature: _____Kyle Berly_____

**OPTIONAL:** If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.

## JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court Rules 1:8-2(b) and 4:35-1(a).

Dated: ___11-12-18___     Signature: _____Kyle Berly_____

Revised 11/17/2014, CN 10553     page 7 of 7
Revised 11/01/2013, CN 11210

SUPERIOR COURT
BUR FINANCE

2018 NOV 13  AM 10: 13

RECEIVED
BY COURT

| | |
|---|---|
| Kyle Bermudez, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Rowan College at Burlington County, Defendants | ) |
| | ) |
| | ) |

Superior Court of New Jersey

Law Division Burlington County

Civil Part

Docket No: BUR-L-2495-18

Civil Action

Complaint

## THE CHARGE

Kyle Bermudez, Plaintiff, charges Rowan County at Burlington County, Defendant, with unlawful discrimination based on disability in violation of the New Jersey Law against Discrimination (LAD), American with Disabilities Act, Rehabilitation Act, and Intentional Infliction of Emotional Distress.

## THE PARTIES

Plaintiff Kyle Bermudez, residing at 4 Colonial Ct. Hainesport, Burlington County, NJ, 08036, is a person with disability within the meaning of the American with Disabilities Act (ADA) and the Rehabilitation Act of 1973 (Section 504).

Defendant, Rowan College at Burlington County, is a public university subject to public accommodation provisions of the LAD, ADA and Rehabilitation Act, with address at 900 College Circle, Mount Laurel, Burlington County, New Jersey, 08054-9416.

Defendant Michael Cioce is the President of Rowan College at Burlington County.

Defendant Donna Kaklamanos is the Director of Office of Student Support.

Defendant Karen Montalto is the Dean of Health Sciences.

Form A No. 1

## THE FACTS SUPPORTING PLAINTIFF'S CLAIMS

KB    11-12-18

1.  Plaintiff Kyle Bermudez is 23 years old (Fall 2016). Kyle graduated from Rutgers University with BA Biology. Kyle attended Rowan College of Burlington County in Spring 2016 and Summer 2016 for required courses in nursing major. He obtained a GPA of 4. Kyle was accepted to Rowan College at Burlington County Nursing program in Fall 2016.

2.  On November 14, 2016, Kyle Bermudez, Plaintiff, experienced a "panic attack" at Rowan College at Burlington County during Nursing 119 Lecture.

3.  On November 17, 2016, Michael Cioce,  RCBC Vice President (now President), Defendant, informed Kyle that he was temporarily suspended from the college, pending an evaluation by a licensed mental health professional.  Kyle is not permitted on any RCBC campus for any campus activities, library, and/or class use during the suspension period.

4.  On November 18, 2016, Kyle forwarded a copy of 504 accommodation letter from the psychiatrist to Mr. Cioce. Kyle is diagnosed with Autism Spectrum Disorder (Asperger Disorder). Mr. Cioce requested further documentation based on a current assessment or recent situation.

5.  On November 19, 2016, Kyle went to Cooper University Hospital Emergency Department. The attending physician assessed Kyle is currently not a harm to self or others. No obvious contraindication for him to resume normal activities. He was discharged.

6.  On November 21, 2016, Mr. Cioce acknowledged receipt of emergency room records. Mr. Cioce reached out to the Provost and Dean of the program on coordinating the appropriate resources. Kyle has satisfied what was requested of him.

7.  On November 28, 2016, Donna Kaklamanos, RCBC Director, Office of Student Support, Defendant, provided Kyle with Accommodation Plan.

8.  On November 29, 2016, Karen Montalto, Dean of Nursing, Defendant, allowed Kyle to return to class providing him with guidelines. In the event of a course failure, he will be eligible to return in the Fall of 2017 to repeat Nursing 119 according to program guidelines.

The college did wrongful deprivation of education from the time of suspension to his return in class causing Kyle to miss a significant and extensive portion of Nursing 119 course affecting his performance in the school of nursing.

Kyle was given academic counseling/penalty for absences after two weeks suspension by Professor Celeste Apoh. On the same day, Donna Kaklamanos, OSS director, pressured Kyle to be transported to the hospital emergency room in the absence of

KB    11-12-18

"Behavioral Crisis" without notifying his father, who was on campus. Donna approached Kyle, create the problem. Kyle has to cave in to pressure to please her. Donna forcefully manipulated Kyle and took advantage of his Asperger disease (high functioning Autism). The ambulance report showed appropriate behavior.

9.  On December 5, 2016, Dr. Karen Montalto, Dean of Health Sciences, gave Kyle an administrative withdrawal for 2016 Fall Nursing 119 course, with a grade of W. RCBCs Sr. Vice President and Provost, Dr. David Spang concurred with this course of action. This grade does not prevent him from returning to RCBCs nursing program in the future, provided that he demonstrates compliance with the entrance and program requirements.

10. On December 8, 2016, Kyle Bermudez applied for RCBCs Nursing program, Spring 2017, which will begin January 20, 2017 and was denied admission. Spring 2017 applications utilizes hard copy "intent to enroll" effective April 1, 2016. Karen Montalto indicated Spring applications closed over a month ago. The college does not have room for any more students in the Spring. Reenrollment is never guaranteed and is only on a space available basis.  Fall 2016 Nursing program and Spring 2017 Nursing program both utilize hard copy "intent to enroll" with the same prerequisites. Kyle provided a copy of declaration of intent to enroll Spring 2017 postmarked April 4, 2016.

11. On January 23, 2017, Kyle again requested permission to Mr. Cioce to return to nursing program and was denied admission. The college webadvisor online registration showed available open spots as of January 26, 2017 (contrary to December 8, 2016 spring applications are closed) Mr. Cioce explained that the spring application was closed and the open spots are designated for students that were having background checks completed.

12. On March 17, 2017, Kyle again requested permission to return to RCBCs Nursing program Fall 2017.

13. On March 31, 2017, Dean Karen Montalto denied Kyle's admission. Currently, we are not admitting anyone with a "non-repeated failure" of a required program course. You have a grade of D on your transcript for a required math course. Kyle had already repeated the math course on Spring 2016 and obtained a grade of A on Math 107 Introduction to Statistics. Kyle previously graduated with a BA Biology degree at Rutgers University Camden. Kyle took most of the prerequisites with a GPA of 4 during Spring 2016 and Summer 2016 and he was accepted to Fall 2016 nursing program. For the Nursing Major, Kyle needs Nursing courses only.

14. On April 4, 2017, Kyle met with Mr. Cioce, Mahirym Holguin, RCBCs Health Sciences Division Coordinator, and Anita Rudman.

KB          11-12-18

Mr. Cioce made several remarks… Admittance likelihood is zero at this point…That door is now officially closed…     Based on your academic performance and dismissal from the program… The answer is no right now. You are not eligible… The answer is no to nursing. From a conduct perspective, nothing prevents you from applying to other   programs, you are eligible to other programs… Nursing at this institution is probably a closed door…Nursing is not an option. We have 70 other degree programs you are potentially eligible for.

Another attendee (Mahirym) mentioned Kyle can look at accelerated program as an option for him (from other colleges and universities) but not offered here.

On April 4, 2017, Mr. Cioce denied Kyle's application for Fall 2017 based on the challenges encountered during the fall term and ultimate dismissal from the program and the overall competitive current applicant pool and number of seats available.

15.     On April 6, 2017, Kyle started outpatient psychotherapy with licensed psychologist. His treatment plan involves cognitive behavioral therapy for the development of effective coping skills for anxiety symptoms.

16.     On April 18, 2017, Mahirym Holguin, Health Sciences Coordinator, denied Kyle's application to the nursing program at Rowan College at Burlington County. The applicant pool was very competitive; a record number of applications for a limited number of available seats were received.

17.     On February 28, 2018, Kyle had a consult with a State of New Jersey licensed psychologist. Kyle was diagnosed with Autistic Spectrum Disorder without intellectual impairment, and unspecified anxiety disorder. Intellectually, he is estimated to be functioning in the average to perhaps above average range, with an average to above average general fund of knowledge. His insight is fair to limited, but his judgment is considered to be fair to good. Social skills training are warranted.

18.     On March 26, 2018, Kyle received a denial for SSI (supplemental security income). The following factors were considered in making the decision: Kyle's condition has not affected his ability to understand, remember, cooperate with others and perform normal daily activities. Kyle has occasional episodes of anxiety. However, there is no permanent mental disorder which would prevent him from doing normal daily activities. While Kyle has problems with learning, he is able to perform activities, communicate with others.

19.     At all times described herein, Kyle Bermudez was regarded by Defendants as having a disability as defined by LAD, ADA, and Section 504.

KB        11-12-18

Form A No. 3

3. The harm that occurred as a result of defendant's acts includes:

## CLAIMS

## FIRST CAUSE OF ACTION

## Discrimination in a Public Accommodation in Violation of the ADA

42 U.S.C. § 12181 et. seq.

Plaintiff repeats the allegations of all of the above paragraphs as if fully set forth herein. As described above, the RCBC Defendants' actions and practices – charging Plaintiff with violation of University rules, suspending him from school, giving him administrative withdrawal, denying his re-enrollment and imposing discriminatory conditions – violate the Americans With Disabilities Act of 1990.

Defendants mistakenly believe that Plaintiff has a mental impairment that substantially limits one or more of his major life activities such that Plaintiff is otherwise unqualified for attendance at its public accommodation.

Defendants' actions and practices described above constitute unlawful discrimination under 42 U.S.C., in that Defendants have discriminated against Plaintiff on the basis of Plaintiff's perceived disability, with regard to the full and equal enjoyment of Defendants' services, facilities, privileges, advantages, or accommodations. Defendants' actions and practices described above also constitute unlawful discrimination under the various subparts of 42 U.S.C.

Defendants have excluded Plaintiff from participation in and denied him the opportunity to participate in or benefit from their programs, services and activities based upon fear, speculation and stereotype about his perceived disability.

Additionally, Defendants did wrongful deprivation of education for more than 10 days causing Plaintiff to miss a significant and extensive portion of Nursing 119 course affecting his performance in the school of nursing. Defendant (OSS director) forcefully manipulated Plaintiff and took advantage of his Asperger disease (high functioning Autism). Defendant is concerned with mental illness that's why Plaintiff is not allowed to be with patients even though the psychiatrists confirmed he is currently not harm to self and others. Defendant is not comfortable because Plaintiff has disability. It is discriminatory.

KB                  11-12-18

As a result of Defendants' violations of the Americans with Disabilities Act, Plaintiff was damaged, as detailed above.

This claim is brought against the RCBC Defendants.

## SECOND CAUSE OF ACTION

### Violation of Section 504 of the Rehabilitation Act of 1973

### 29 U.S.C. § 794 et seq.

Plaintiff repeats the allegations of all of the above paragraphs as if fully set forth herein.

As described above, the RCBC Defendants' actions and practices – charging Plaintiff with violation of University rules, suspending him from school, giving him administrative withdrawal, and denying his re-enrollment and imposing discriminatory conditions – violate 504 of the Rehabilitation Act of 1973 as amended, 29 U.S.C. § 794 et seq. ("Section 504"). In particular, Defendant, Rowan College at Burlington County, is a covered entity for purposes of Section 504 of the Rehabilitation Act because it operates a program or activity receiving federal funds.

Defendants mistakenly believe that Plaintiff has a mental impairment that substantially limits one or more of his major life activities such that Plaintiff is otherwise unqualified for attendance at its public accommodation.

Defendants, in their actions and practices described above, have discriminated against Plaintiff, and excluded him from participation in, and denied him the benefits of, Defendants' programs, services and activities because of Plaintiff's perceived disability.

Defendants have excluded Plaintiff from participation in and denied him the opportunity to participate in or benefit from their programs, services and activities based upon fear, speculation and stereotype about his perceived disability.

Defendants' actions constitute intentional discriminatory treatment based on disability.

Additionally, Defendants did wrongful deprivation of education for more than 10 days causing Plaintiff to miss a significant and extensive portion of Nursing 119 course affecting his performance in the school of nursing. Defendant (OSS director) forcefully manipulated Plaintiff and took advantage of his Asperger disease (high functioning Autism). Defendant is concerned with mental illness that's why Plaintiff is not allowed to be with patients even though the psychiatrists confirmed he is currently not harm to self and others. Defendant is not comfortable because Plaintiff has disability. It is discriminatory.

As a result of Defendants' violations of Section 504, Plaintiff was damaged, as detailed above.

This claim is brought against the RCBC Defendants.

KB                                                    11-12-18

### THIRD CAUSE OF ACTION

### Discrimination in a Public Accommodation in Violation of the New Jersey Law Against Discrimination (LAD), N.J. S.A.

Plaintiff repeats the allegations of all of the above paragraphs as if fully set forth herein.

As described above, the RCBC Defendants' actions and practices – charging Plaintiff with violation of University rules, suspending him from school, giving him administrative withdrawal, and denying his re-enrollment and imposing discriminatory conditions – violate New Jersey Law Against Discrimination. In particular, Defendant, Rowan College at Burlington County, is a covered entity for purposes of NJ LAD because it is a public university subject to public accommodation provisions.

Defendants mistakenly believe that Plaintiff has a mental impairment that substantially limits one or more of his major life activities such that Plaintiff is otherwise unqualified for attendance at its public accommodation.

Defendants, in their actions and practices described above, have discriminated against Plaintiff, and excluded him from participation in, and denied him the benefits of, Defendants' programs, services and activities because of Plaintiff's perceived disability.

Defendants have excluded Plaintiff from participation in and denied him the opportunity to participate in or benefit from their programs, services and activities based upon fear, speculation and stereotype about his perceived disability.

Defendants' actions constitute intentional discriminatory treatment based on disability.

Additionally, Defendants did wrongful deprivation of education for more than 10 days causing Plaintiff to miss a significant and extensive portion of Nursing 119 course affecting his performance in the school of nursing. Defendant (OSS director) forcefully manipulated Plaintiff and took advantage of his Asperger disease (high functioning Autism). Defendant is concerned with mental illness that's why Plaintiff is not allowed to be with patients even though the psychiatrists confirmed he is currently not harm to self and others. Defendant is not comfortable because Plaintiff has disability. It is discriminatory.

As a result of Defendants' violations of New Jersey Law Against Discrimination, Plaintiff was damaged, as detailed above.

This claim is brought against the RCBC Defendants.

KB     11-12-18

### FOURTH CAUSE OF ACTION

### Intentional Infliction of Emotional Distress

Plaintiff repeats the allegations of all of the above paragraphs as if fully set forth herein.

As described above, RCBCs  Defendants' conduct - charging Plaintiff with violation of University rules, suspending him from school, giving him administrative withdrawal, and denying his re-enrollment, imposing discriminatory conditions and punish Plaintiff was intentional and reckless and in knowing disregard of Plaintiff's rights.

As described above, Defendants' conduct was extreme and outrageous, and

beyond the bounds of decency.

Defendants' behavior caused severe emotional distress to Plaintiff.

This case seeks relief against Defendant and various individuals for the insensitive (heartless, uncaring) way in which they treated Plaintiff who experienced one episode of panic attack. Rather than act to help, support or comfort him, they suspended him, gave him administrative withdrawal, denied his re-enrollment and ultimately ended his college career in nursing at the school of his choice.

Due to Kyle's symptoms of anxiety as well as his Autism Spectrum Disorder, he can have difficulty in areas of social functioning. Kyle is participating in outpatient psychotherapy. The treatment plan involves cognitive behavioral therapy for the development of effective coping skills for anxiety symptoms.

As a direct and proximate result of Defendants' behavior, Plaintiff did suffer severe emotional distress.

This claim is brought against all Defendants.

KB        11-12-18

## REMEDIES

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment on his behalf on all counts contained herein, and grant him the following relief:

(a) Declaratory judgment that Defendants' conduct violated Plaintiff's rights. In particular, that the Court declare the actions of Defendants complained of herein to be in violation of: the Americans With Disabilities Act of 1990; Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 et seq; New Jersey Law Against Discrimination (LAD), N.J.S.A. ; and Defendants intentionally or recklessly inflicted emotional distress upon Plaintiff.

(b) Injunctive relief permanently enjoining Defendants, their agents, employees, and successors from discriminating on the basis of disability against Plaintiff or any persons in violation of the aforementioned acts;

(c) Appropriate compensatory and punitive damages for economic loss (loss of lifetime career), humiliation, mental pain and suffering be awarded to Plaintiff and against Defendant, in an amount to be determined by the jury;

(d) Prejudgment and post-judgment interest on all damages;

(e) Correction of all records to restore Plaintiff's academic standing and expungement of all negative information from Defendants' records;

(f) Reasonable attorneys' fees and costs; and

(g) Such other relief as the court shall deem just and proper


## JURY TRIAL DEMAND

Plaintiff requests a jury trial on all issues of fact and damages raised in this case.


Respectfully submitted,

11-12-18

Kyle Bermudez, Plaintiff

Pro Se

**Appendix XII-B1**

## CIVIL CASE INFORMATION STATEMENT
### (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c)**
**if information above the black bar is not completed**
**or attorney's signature is not affixed**

| FOR USE BY CLERK'S OFFICE ONLY | |
|---|---|
| PAYMENT TYPE: ☐ CK ☐ CG ☐ CA | |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| 1. ATTORNEY / PRO SE NAME | 2. TELEPHONE NUMBER | 3. COUNTY OF VENUE |
|---|---|---|
| Kyle Bermudez | (609) 288-6217 | Burlington County |

| 4. FIRM NAME  (if applicable) | 5. DOCKET NUMBER  (when available) |
|---|---|
| | BUR-L-2495-18 |

| 6. OFFICE ADDRESS | 7. DOCUMENT TYPE  Complaint |
|---|---|
| 4 Colonial Ct., Hainesport, NJ 08036 | 8. JURY DEMAND  ☑ YES   ☐ NO |

| 9. NAME OF PARTY (e.g., John Doe, Plaintiff) | 10. CAPTION |
|---|---|
| Kyle Bermudez, Plaintiff | Kyle Bermudez, Plaintiff<br>v. Rowan College at Burlington County, Defendant |

| 11. CASE TYPE NUMBER (See reverse side for listing)<br>618 | 12. HURRICANE SANDY RELATED?<br>☐ YES   ☑ NO | 13. IS THIS A PROFESSIONAL MALPRACTICE CASE?   ☐ YES   ☑ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|
| 14. RELATED CASES PENDING?<br>☐ YES   ☑ No | | 15.  IF YES, LIST DOCKET NUMBERS |
| 16. DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?<br>☐ YES   ☑ No | | 17. NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY  (if known)   ☐ NONE   ☑ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| 18. DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?<br>☐ YES   ☑ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE   ☐ FRIEND/NEIGHBOR   ☐ OTHER (explain)<br>☐ FAMILIAL   ☐ BUSINESS |
|---|---|

| 19. DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?   ☑ YES   ☐ No |
|---|

20. USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

Not Applicable

| 21. DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES   ☑ No | IF YES, PLEASE IDENTIFY THE  REQUESTED ACCOMMODATION |
|---|---|
| 22. WILL AN INTERPRETER BE NEEDED?<br>☐ YES   ☑ No | IF YES, FOR WHAT LANGUAGE? |

**23. I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).**

24. ATTORNEY SIGNATURE:   *Kyle Berd*   11-12-18

SUMMONS SUPERIOR COURT
BUR FINANCE

Attorney(s) Pro Se Kyle Bermudez
_____

Office Address  4 Colonial Ct
_____                2018 NOV 13 AM 10: 13    **Superior Court of**

Town, State, Zip Code  Hainesport, NJ, 08036
_____                RECEIVED        **New Jersey**

                                                BY: 001
Telephone Number    (609) 288 -6217            Burlington County    COUNTY
_____
                                                _____ DIVISION
Attorney(s) for Plaintiff  Pro Se Kyle Bermudez
_____                Docket No: _____


     Kyle Bermudez
_____
          Plaintiff(s)

                                                       **CIVIL ACTION**
     Vs.                                                **SUMMONS**


     Rowan College at Burlington County
_____
          Defendant(s)

From The State of New Jersey To The Defendant(s) Named Above:

     The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

     If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

     If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.


                                        _____
                                            Clerk of the Superior Court


DATED: _____

Name of Defendant to Be Served:  Rowan College at Burlington County
_____

Address of Defendant to Be Served:  900 College Circle, Mount Laurel, New Jersey 08054-9416
_____


Revised 09/04/2012, CN 10792-English (Appendix XII-A)



**Rowan College**
at
**BURLINGTON COUNTY**

Kyle Timothy Bermudez
kyletimothy_bermudez@mymail.rcbc.edu

Student ID: 1071301

Dear Kyle,

This letter is to inform you that, in response to an incident that occurred on Rowan College at Burlington County's Mount Laurel campus on Monday, November 14, 2016, you have been temporarily suspended from the college, pending an evaluation by a licensed mental health professional. You are not permitted on any RCBC campus for any campus activities, library, and or class use during the suspension period. You will need to be cleared by the Office of Student Support upon completion of this evaluation prior to returning to campus.

If this evaluation is received prior to end of the semester and you are deemed fit to return to the college, the Health Sciences division will work with you to complete any assignments you have missed during the interim.

When completed, the evaluation should be forwarded to my attention at mcioce@rcbc.edu.

Sincerely,

Michael Cioce

Vice President
Enrollment Management and Student Success



November, 18th, 2016

Michael Cioce
Vice President, Enrollment Management and Student Success
Rowan College at Burlington County
900 College Circle
Mount Laurel NJ 08054

RE: Kyle Bermudez, DOB 10/31/1992

Dear Mr. Cioce:

By way of this letter I wish to confirm my diagnostic impression and recommendations for Kyle
Bermudez, who is a student in your institution whom I have evaluated on September 14th, 2016. Kyle is
diagnosed with Autism Spectrum Disorder (Aspergers Disorder).

Given the multiple problems that Kyle in has encountered in his school environment, it is my impression
that Section 504 reasonable accommodations are medically necessary so he can function academically
and interpersonally. The accommodations I recommend include: a private area for exams due to anxiety
and to avoid distracting others, alternate work assignments, modified deadlines or flexibility to reduce
anxiety and perseveration, and pre-planning for group discussions in class to prepare him for such social
and academic encounters. Your team might want to perform your own evaluation to identify further
helpful accommodations. It would also be very helpful for this young man to receive on-site cognitive
behavioral therapy in your student services so this facilitates comprehensive treatment.

Thank you very much for your support for Kyle.

Sincerely yours,

Andres J. Pumariega, M.D.
Board Certified Child and Adolescent Psychiatrist
Professor and Chair, Psychiatry
Cooper Health System and
Cooper Medical School of Rowan University

From: Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>
Date: Fri, Nov 18, 2016 at 3:37 PM
Subject: Re: Final 504 letter
To: Michael Cioce <mcioce@rcbc.edu>

As stated in my previous communication, I need a copy of the documented public safety incident report indicating danger to self and others under FERPA .

Thank you.

Kyle

On Fri, Nov 18, 2016 at 2:12 PM, Michael Cioce <mcioce@rcbc.edu> wrote:
Dear Kyle:
As is described in the letter emailed to you yesterday, November 17, 2016, the rationale for the urgency of the evaluation is based on your temporary suspension due to a documented public safety incident on campus Monday, November 14, 2016.
Based on the letter you received yesterday, an evaluation from a licensed mental health professional is required to take the next steps in this college process. At this time, we will accept documentation from your family physician. If you are unable to find a medical or mental health professional, please utilize the list of available resources provided in the email yesterday as a good starting point.
We are in receipt of the documentation you provided today. However both of these letters speak to prior assessments and do not speak to the recent situation. The documentation needed must be based on a current assessment.  As such, the documentation from your treating medical or mental health professional needs to indicate your readiness to return to college in addition to following requirements:
- the student is able to return to a full program of study
-the student is able to participate in an academically rigorous environment with or without the use of academic accommodations.
- the student is no longer a harm to himself, others, or property.
If the college is in need of further information or clarification, we may request a signed release form giving permission for your medical or mental health professional to speak with the Office of Student Support staff. This request so that the medical or mental health professional can provide further information or clarification to the college regarding your request and readiness to return to college.
This information remains confidential and does not become part of your academic record.
Approval of your request to return is made by the Vice President of Student Success, appropriate college staff, and your medical or mental health professional.
We hope that the resolution of this matter can lead to the attainment of your academic goals with RCBC.

Sincerely,
Michael Cioce
Sent from my iPhone

On Nov 18, 2016, at 12:46 PM, Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu> wrote:
Please see attached letter and advise how to proceed. Hard copy to follow. Thank you.

Kyle

Bermudez, Kyle (MR # 10997058) Printed by Mekkaoui, Sumaya, MD [128641] at 11/19/16 4:18 PM



**<u>Psychiatry</u>**

- Patient is currently not a harm to self or others.  No obvious contraindica.ion for the patient to resume normal activities.
- Follow up appointment already scheduled with Dr. Pumariega for December 12, 2016.
- Other specific treatment plan listed in formal consult and disclosed to patient and mother.
- Patient is to seek immediate medical attention with any changes in condition or mental state.
- Patient and Mother aware of plan.
- Defer medical clearance to the ED/Ped's team.
- Please feel free to contact Psychiatry with any questions or concerns.

**Daniel Bigman, MD, MHS, PA**
**PGY-1 Psychiatry**
**Cooper University Hospital**



**Rowan College**
at
**BURLINGTON COUNTY**

**CONFIDENTIAL**

## ACCOMMODATION PLAN
### Spring 2017

11/28/2016
**RE: Kyle Timothy S Bermudez**
**ID #: 1071301**

From: Donna Kaklamanos, Director, Office of Student Support

To Whom It May Concern:

This student has presented appropriate documentation to establish the fact that s/he has a disability. The Americans with Disabilities Act of 1990 and Section 504 of the Rehabilitation Act of 1973 provide protection for students with disabilities in the form of reasonable accommodations to allow the student to access an education. For this student to participate in classes at Rowan College at Burlington County, reasonable accommodations are required. These accommodations would include:

Extra time for tests and quizzes up to 100% additional time as needed
    (Refers to actual time allotted for in-class, online, or in-Test Center test administration)

Test in Test Center at request of student

Allow use of a digital recording device in class

Allow student to get up, walk around and leave the classroom as necessary without being penalize

Provide copies of professor's Power Point presentations that are displayed to the class, at the request of the student

DMK
Please contact the Office of Student Support at extension 1803 or 1208 if you have any questions.

900 College Circle, Mount Laurel, New Jersey 08054-9416 | (856) 222-9311 | rcbc.edu

4/7/2017                                    Rowan College at Burlington County Mail - Course Requirements

 **Rowan College**
BURLINGTON COUNTY                          **Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>**

## Course Requirements

5 messages

**Karen Montalto <kmontalto@rcbc.edu>**                    Tue, Nov 29, 2016 at 7:16 AM
To: kyletimothy_bermudez@mymail.rcbc.edu
Cc: Donna Kaldamanos <dkaldamanos@rcbc.edu>, Celeste Brown-Apoh <capoh@rcbc.edu>, Michael Cioce
<mcioce@rcbc.edu>, Catherine Briggs <cbriggs@rcbc.edu>, Linda Schmidt <lschmidt@rcbc.edu>

Dear Kyle
On November 20th you were notified by Michael Cioce that you were eligible to return to class.
I understand from your faculty member Ms Celeste Apoh, that you did not attend class the week of November 21st. I also
understand that you did not attend class on November 28th.

In order to meet the requirements of Nursing 119, I am providing you with the following guidelines:

1. Theory: Attend all remaining classes. Please note, you are responsible for the content of all missed classes. If you
have questions about the content, you should meet with Ms Apoh for clarification of specific concepts. Please bring
written questions to any meeting so that she may provide you with clarification. You must make up any missed quizzes
and exams prior to the end of the course according to your instructor's guidelines. Exam 3 should be taken as soon as
possible. It is your responsibility to meet with Ms Apoh and set up a time to make up the missed exams and quizzes. All
course guidelines apply, and failure to achieve 80 percent or higher in the theory grade will result in failure of the course.
The course participation guideline for missed classes will be waived. You will need to attend and participate in all
remaining classes, however. Please meet with Ms Apoh by the end of Today, November 29th and make arrangements for
all theory testing.

2. Lab: Remediate for the failed lab from October on Medication Administration. You are responsible to set up your
remediation during open lab times this week with Mr Michalke. You are responsible to set up times this week with Ms
Apoh for the testing. Please make certain to make these arrangements by Friday, December 2 for any missed
practicums. You are required to pass all other skills practicums for the course according to course guidelines prior to the
end of the semester.

3. Clinical: You will not be attending clinical for the rest of this semester. Providing you pass the objectives of the theory
component of the course and the lab component of the course with satisfactory performance grades and theory grades of
80 or higher, arrangements will be made for you to compete your missed clinical days the week prior to the start of spring
semester. All missed clinical days will be completed in the same week and you should block out the week of January 9th
to attend 7am to 3pm Monday through Friday (times are tentative) at Virtua with a faculty member. If you do not
successfully pass the theory and lab sections of the course prior to the end of this semester, we will not be providing you
with this clinical component. We have carefully considered the fact that your grades have been below passing for the
course and want to make certain that you have the time to study and successfully complete the theoretical component of
the course. In addition, we determined you needed time to practice and be tested on your skills and wanted to provide
you with time for this to be completed.

4. In the event of a course failure, you will be eligible to return in the Fall of 2017 to repeat Nursing 119 according to
program guidelines.

If you have any questions as to these guidelines, I am available to meet on Wednesday, November 30th between 10 am
and 2pm (please give me a specific time) in Pemberton or Mount Laurel (please let me know your preference) . Please
notify me by 5pm today if you would like to meet tomorrow. In addition, I am available to assist with the clarification of
any missed course content if your faculty member is not available and can meet at the same time on Wednesday for this
as well. I can provide you with additional times once we meet if you need more clarification on missed content.

Please email with any questions or need for clarification about this email.

Sincerely,

4/7/2017                          Rowan College at Burlington County Mail - Course Requirements

Dr Montalto


Dr Karen Montalto, PhD
Dean of Health Sciences
Rowan College at Burlington County
601 Pemberton-Browns Mills Road
Pemberton, NJ 08068
kmontalto@rcbc.edu
856-222-9311 ext 1579
direct dial: 856-291-4266
609-726-0628 Fax



The information in this e-mail, and any attachment therein, is confidential and for use by the addressee only. If you are
not the intended recipient, please return the email to the sender and delete it from your computer. Although Rowan
College at Burlington County attempts to sweep e-mail attachments for viruses, it does not guarantee that either are
virus-free and accepts no liability for any damage sustained as a result of viruses.

---

**Kyle Timothy Bermudez** <kyletimothy_bermudez@mymail.rcbc.edu>              Wed, Nov 30, 2016 at 2:14 PM
To: Gigie Bermudez <Gigie_Bermudez@horizonblue.com>

[Quoted text hidden]

---

**Kyle Timothy Bermudez** <kyletimothy_bermudez@mymail.rcbc.edu>              Fri, Dec 2, 2016 at 10:01 AM
To: Karen Montalto <kmontalto@rcbc.edu>
Cc: Donna Kaklamanos <dkaklamanos@rcbc.edu>, Celeste Brown-Apoh <capoh@rcbc.edu>, Michael Cioce
<mcioce@rcbc.edu>, Catherine Briggs <cbriggs@rcbc.edu>, Linda Schmidt <lschmidt@rcbc.edu>, Gigie Bermudez
<bermudezgigie@gmail.com>

Dear Dr. Karen Montalto, PhD,

On November 20, 2016, 5:35 PM, I was notified by Mr. Michael Cioce that I am eligible to return to class contingent on a
meeting with Donna ,Office of Student Support. Donna sent email on November 21, 2016, 10:35 AM. and scheduled the
meeting at 12:30 PM attended by Wendy Moluf and later Donna. Donna verbally told me that I am permitted to attend
Microbiology at Mt. Laurel campus but NOT Nursing 119 at Pemberton location awaiting decision from you and the
Provost.This explains why I am not able to attend classes on November 21 and 28, 2016. On November 28, 2016, I met
with Donna regarding Accommodation Plan. On November 29, 2016, received your reply at 7:16 AM for Nursing 119
Lecture at 8:00 AM. I returned to class immediately upon receiving your email. I sent copy of Accommodation plan to
professors the night before. However, upon my return, the Accommodation plan was not adhered to. I was reprimanded
for missed classes and given academic penalty. As a result of my medical disability, the signs and symptoms were
incorrectly interpreted as "behavioral crisis". Subsequently, an ambulance was called and I was brought to ER only to be
cleared for the second time (first 11/19/2016). They took me to ambulance without informing my parents who are waiting
for me outside the building even though I notified Donna earlier. Two hours, later my parents inquired and told I was
brought to ER. Inspite of being cleared by ER doctor, they suggested academic withdrawal or incomplete as the only
option. I need your assistance to be able to take missed Exams 3 and future exams during the week of December 5th
and December 12th and depending on the results, I will review and reconsider my options. Also during the same week, I
need to set up time to do Open Lab and subsequent remediation Practicum. I am available anytime to clarify any
confusion or misunderstanding due to complexity of the situation.


Hoping for your consideration.


Thank you.

Print Student Name _____

Print Instructor Name _____    NUR _____

**BURLINGTON
COUNTY COLLEGE**

## NURSING PROGRAM

# ACADEMIC OR CLINICAL COUNSELING

I understand that I am being given an academic/clinical warning. The particular incident/s which lead to this counseling is/are:

Student came to class today but left after 10 minutes due to severe anxiety and fear

## AREA(S) NEEDING IMPROVEMENT:

Student came to my office to discuss his plans for catching up with his work. Student is tremulous unshaven anxious looking down at the floor unable to maintain any eye contact. Student started "I am very + very anxious right now."

9/85, 8/96, 4/98, 6/99                    *See reverse*

FORM 24410-011 07/99

Student states he is very fearful and anxious all the time. Office of Student support notified.    41

Print Student Name _____

Print Instructor Name _____ NUR _____

## ACADEMIC OR CLINICAL COUNSELING *CONTINUED*

| OBJECTIVE | TO BE COMPLETED BY | DATE COMPLETED |
|---|---|---|
| Strongly encouraged student to be assessed by crisis response team | | |
| now - However student who is 29 yrs of age - stated he wants to go home - | | |
| student support services notified again - Plan student will report to | | |
| Evans Hall about 10 pm to meet with Donna Kablanarof | | |

I have met with my instructor and understand the areas needing improvement and the objectives I must successfully complete by the stipulated date in order to receive a passing grade in this course.

Student Signature _____ Date _11/29/16_

Instructor Signature _____ Date _11/29/2016_

*Original remains with instructor. Duplicate copy to go to student.*

42

Generated 02/14/17 12:47PM EST

Patient Record 43345511

Page 1 of 3

| PRID:43345511 | BC Dispatch Number:2016-00005281.E3692 | | ALS Unit # -:N/A |
|---|---|---|---|

| | |
|---|---|
| **Service:** Mount Laurel EMS | **Date:** November 29, 2016 |
| **Base:** Station 369 | **Team:** BLS |
| **Unit:** 3692 | **Crew 1:** *Driver* |
| **Shift:** Career - 05:30 - 18:30 | McManus, Michael |
| **Dispatched As:** Psychiatric Problems | EMT-B |
| **Type of Svc:** Scene Unscheduled | **Crew 2:** *Primary Caregiver* |
| **Response Code:** No Lights and Siren | Zuber, Joseph |
| **Mode to Ref:** No Lights/Sirens | EMT-B |
| **Moved Via:** Assisted/Walk | **Crew 3:** *Secondary Caregiver* |
| **Position:** Sitting | Bello, Samuel |
| **Outcome:** Treated, Transported By BLS | EMT-B |
| | **Mode to Rec:** No Lights/Sirens |
| | **Moved From:** Assisted/Walk |
| | **Pt. Condition:** Unchanged |

**Ref Other Type:** *Educational Institution*
**Location:** Rowan University Burlington County
  1000 Briggs Road
  Mount Laurel, NJ 08054-4101
  United States
**Requester:** BC911
**Ref. GPS:** 39.973,-74.898

**Receiving:** *Hospital*
  Lourdes Medical Center of Burlington County
  Emergency Department
  218-A Sunset Rd
  Willingboro, NJ 08046-1110
  609-835-2900
**Dest. GPS:** 40.048236,-74.884659
**Destination Basis:** Patient Choice,Specialty Care Center

**Resident? Yes/No:** No

**Last Name:** Bermudez **First:** Kyle **Middle:** T
**Address:** 4 Colonial Court
**City:** Hainesport (Township of) **ST:** NJ **Zip:** 08036
**County:** Burlington
**Country:** United States
**Phone:** Home: 609-288-6217
**DOB:** 10/31/1992
**Age:** 24y **Sex:** M **Weight:**
**Height:**
**Subscriber:** No **Resident:** No
**Race:** White, Hispanic

| | |
|---|---|
| Ld Miles: 8.0 | **Received:** 14:06 |
| | **Notified:** 14:10 |
| | **Dispatch:** 14:11 |
| | **EnRoute:** 14:15 |
| | **At Ref:** 14:21 |
| | **Leave Ref:** 14:28 |
| | **At Rec:** 14:45 |
| | **Available:** 14:54 |

**Consent Signed:** Yes
**PCS / Medical Necessity Signed:** No

**Billing Information:**

| Company | Group | ID |
|---|---|---|
| Not available at time of transport | | |

### Scene Information
**Description:** Pt found approaching BLS within the dispatched location
**Num. Patients On Scene:** 1
**Other Agencies:** Law, Other **Law Enforcement Number:** Mount Laurel Police x1

### Chief Complaint (Category: Psychiatric Problems)
Requesting Crisis Evaluation

### History of Present Illness
Per the pt he was advised by the teachers and staff that he is withdrawn in the nursing program Staff states that he should be evaluated by crisis Staff also advised the pt that he is is not shaven and is constantly looking towards the ground Pt denies suicidal/homicidal ideation

| Medical History | Current Medications | Allergies |
|---|---|---|
| None | None | None |
| Obtained From: Patient | | |

### Neurological Exam
**Normals**

| | | |
|---|---|---|
| • AAO x 3 | • Appropriate Behavior | • Clear Speech |
| • Event Memory Intact | • Gag reflex intact | • PERL |

**Level of Consciousness:** Alert     **Loss of Consciousness:** No

| Glasgow Coma Scale | | | | |
|---|---|---|---|---|
| | E | V | M | Tot |
| Int: | 4 | 5 | 6 | = 15 |

Generated 02/14/17 12:47PM
EST

**Patient Record 43345511**

Page 2 of 3



**Chemically Paralyzed:** No
**Stroke Scale:** Not Applicable
**Stroke/CVA Symptoms Resolved:** Not Applicable
**Mental Present:** Within Normal Limits

| | Motor | Sensory |
|---|---|---|
| LA: | Normal | Normal |
| RA: | Normal | Normal |
| LL: | Normal | Normal |
| RL: | Normal | Normal |

### Airway

**Normals**
- Natural/Patent Airway
- Shows no signs of an obstructed airway
- Trachea Midline

**Status:** Patent
**Performed By:** Patient

### Respiratory

**Normals**
- Breath sounds clear & equal to auscultation
- No evidence of retractions
- No nasal flaring

**Effort:** Normal
**Sounds:** L: Clear   R: Clear

### Cardiovascular

**Normals**
- Capillary refill less than 2 seconds
- No evidence of peripheral edema
- No evidence of JVD
- Peripheral pulses intact & equal bilaterally

**JVD:** Not Appreciated   **Cap. Refill:** Less than 2 Seconds
**Edema:** Not Appreciated

| | Left | Right |
|---|---|---|
| Carotid: | | |
| Radial: | | Strong |
| Femoral: | | |

### Injury Details

**Drugs/Alcohol?:** None

### Initial Physical Findings

**Normals**
- GI: Abdomen soft & nondistended
- Skeletal: Long bones intact / no deformity
- Skeletal: Pelvis stable to compression & flexion
- Skeletal: Skull & facial bones intact / no deformity
- Skeletal: Spinal bones intact / inline / no deformities
- Skeletal: Thorax bones intact / expansion symmetrical / no deformities noted
- Skin: Intact without evidence of breakdown
- Skin: Mucous membranes moist & pink
- Skin: Non- pallor, no cyanosis, good turgor
- Skin: Warm & dry to touch

**Assessment**

**Skin:** Dry, Warm

### Impression / Diagnosis

**System:** Psych
**Symptoms:** Mental/Psych
**Impression:** Behavioral / psychiatric disorder

### Activity

| Time | B/P B/P Method | B/P Sp02 Method | Resp Resp Effort | Rhythm | GCS ECG Method | Pain |
|---|---|---|---|---|---|---|
| 14:23 | Pt contact made | | | | | |
| 14:26 | Pt seated and secured to the bench seat | | | | | |
| 14:30 | 92 | 128 / 70 | Y 99 | 16 | 4/5/6 | 0 |

Generated 02/14/17 12:47PM
EST
Patient Record 43345511
Page 3 of 3

| | Palpated | Manual Cuff | Normal | | | |
|---|---|---|---|---|---|---|
| | Pt vitals assessed | | | | | |
| 14:35 | Pt states that the only reason he is going to the hospital is because he was advised to | | | | | |
| 14:40 | 67 | 122 / 76 | Y 99 | 16 | 4/5/6 | 0 |
| | Electric Monitor - Pulse Oximeter | Manual Cuff | Normal | | | |
| | Pt vitals reassessed | | | | | |
| 14:45 | No change in patient status | | | | | |
| 14:50 | Pt placed into hallway bed Pt report given to the emergency department staff and report given | | | | | |

**Response Factors Affecting Care:** None
**Scene Factors Affecting Care:** None
**Transportation Factors Affecting Care:** None

McManus, Michael:    *Electronically Signed on 12/01/2016 16:37:59 EST*

Zuber, Joseph:    *Electronically Signed on 11/30/2016 21:53:30 EST*

Bello, Samuel:    _____

### DISCLAIMER

The information contained within this chart is intended solely for the use of authorized members of the health care organizations (EMS, hospitals, etc.) who assist in the care of the patient listed above. If you are not authorized, DO NOT view or copy this chart in any way and return this and any attachments to one of the organizations listed above IMMEDIATELY! Failure to abide by these directions is a felony and could lead to fines and/or jail time!

# LOURDES
## HEALTH SYSTEM

Lourdes Medical Center of Burlington County
P.O. Box 822112
Philadelphia, PA 19182-2112

| MasterCard | VISA | AMERICAN EXPRESS | DISCOVER |
| --- | --- | --- | --- |
| DATE | ACCOUNT NUMBER | | AMOUNT |
| 02/15/2017 | 151600926965 | | $113.90 |

**DUE UPON RECEIPT**    Indicate Amount Paid  $

CARD NO. _____    EXP DATE _____

PRINT NAME _____    CVC CODE _____

SIGNATURE _____

KYLE BERMUDEZ
4 COLONIAL CT
HAINESPORT, NJ 08036-2636

Lourdes Medical Center of Burlington County
P.O. Box 822112
Philadelphia, PA 19182-2112

151600928965000000011390500000000L00004

---

To ensure proper credit, detach top portion and return in the enclosed envelope

| | | |
| --- | --- | --- |
| UPON RECEIPT | $113.90 | |

Account Due: $113.90

Date of Service: 11/29/2016

Dear KYLE BERMUDEZ,

You have an active balance of $113.90 with Lourdes Medical Center of Burlington County that is past due.

Our records do not reflect a recent payment or an active payment arrangement. We encourage you to take advantage of this opportunity to resolve this unpaid balance as soon as possible.

If you are unable to remit payment in full at this time, you may contact Lourdes Medical Center of Burlington County to establish a payment arrangement or discuss payment options that may be available to you.

Please call Lourdes Medical Center of Burlington County at (844) 201-6309 or remit payment using the payment coupon above. Our office hours are listed at the bottom of this letter. If payment in full was sent before the date of this letter, please disregard this request and accept our gratitude.

If this balance presents a financial hardship to you or your family, there are programs available to help. Lourdes Health System has a Financial Assistance Policy for those who qualify; you may call (844) 201-6309 or visit www.lourdesnet.org/fap to learn more.

Sincerely,

Patient Financial Services Department

Office Hours (EST): Mon. to Thurs. 8:00am to 6:00pm; Fri 8:00am to 4:30pm

# STATEMENT

Mount Laurel Township EMS
PO Box 467
Lumberton, NJ 08048

Phone # 800-929-1002
FAX # 609-261-6088

**For billing inquiries please call our billing company Farnsworth & Semptimphelter at (800) 929-1002**
**Please make checks payable to Mount Laurel Township EMS.  Visa, Disc., AMEX, & Mastercard Accepted**

Kyle Bermudez
4 Colonial Court
Hainesport, NJ  08036

65479    02/14/17    1

AMOUNT
ENCLOSED  $

▶ PLEASE DETACH HERE AND RETURN TOP STUB WITH YOUR PAYMENT ◀      PERF...
CARE...



| | | | | | | |
|---|---|---|---|---|---|---|
| 9/29/16 | AMB... | ...Transport Case: 65479 ...Provider: Mount Laurel Township EMS | 2 | 8 | 112.00 | 112.0 |
| 9/29/16 | AMB... | ...Transport Kyle  65479 ...Provider: Mount Laurel Township EMS | 2 | 1 | 600.00 | 600.0 |

**MESSAGE: SEE REVERSE SIDE IF AN INSURANCE MESSAGE APPEARS** ◀

PLEASE PAY ▶   712.0

Kyle Bermudez

712.00

Mount Laurel Township EMS • PO Box 467 • Lumberton, NJ  08048-0467

 **Gmail**

---

# 12/02/2016 Kyle vs RCBC Forced interrogation with OSS director

**Fidel Bermudez** &lt;fidelbermudez@yahoo.com&gt;                                    Sun, Aug 12, 8:21 PM
To: Gigie Bermudez &lt;bermudezgigie@gmail.com&gt;, kyle.bermudez92@gmail.com &lt;kyle.bermudez92@gmail.com&gt;

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Friday, December 2, 2016, 2:00 PM, Gigie Bermudez &lt;bermudezgigie@gmail.com&gt; wrote:

We are so disappointed with the meeting with Donna at 11:30 AM today. It is my understanding that the meeting is about accommodation plan. However, it ended as forced interrogation with 2 witnesses and discuss retroactive events to clear herself for the mistakes she did last Tuesday. My son maybe an adult but he has medical disability that requires our guidance on sensitive issues. The intent is to help my son and not crucify.

Thank you for your understanding.

Parents of Kyle

---------- Forwarded message ----------
From: **Michael Cioce** &lt;mcioce@rcbc.edu&gt;
Date: Friday, December 2, 2016
Subject: Need Urgent Reply
To: Gigie Bermudez &lt;bermudezgigie@gmail.com&gt;

Gigie,
The allowance for a parent to participate in any meetings is solely the choice of the student.

I will be available after 2:30 if you would like to discuss by telephone.

Let me know if you would like to speak after the meeting with Donna has concluded.

Thanks,

--------------------- --------------------- ---------------------
*My email address has changed to mcioce@rcbc.edu Please update your contacts.*
--------------------- --------------------- ---------------------

****************************
**Michael A. Cioce**
Vice President

Enrollment Management and Student Success

The Enterprise Center, Suite 263
300 College Circle
Mt. Laurel, NJ  08054-9414
(609) 894-9311 ext 1700 (P)
(856) 291-4103 Direct
(609) 894-0139 (F)
mcioce@rcbc.edu
rcbc.edu

On Fri, Dec 2, 2016 at 12:01 PM, Gigie Bermudez <bermudezgigie@gmail.com> wrote:
Hi Mr. Cioce,

I would like to bring to your attention that we accompany Kyle to Evans hall right now to avoid any further unexpected event. In spite of his medical disability and being an adult dependent on my tax return, Donna insisted on talking to him alone. We specifically told her we want to be present but she declined.
Please advise. Thank you.

Parents of Kyle

---------- Forwarded message ----------
From: **Donna Kaklamanos** <dkaklamanos@rcbc.edu>
Date: Friday, December 2, 2016
Subject: Re: Course Requirements
To: Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>
Cc: Karen Montalto <kmontalto@rcbc.edu>, Celeste Brown-Apoh <capoh@rcbc.edu>, Michael Cioce <mcioce@rcbc.edu>, Catherine Briggs <cbriggs@rcbc.edu>, Linda Schmidt <lschmidt@rcbc.edu>, Gigie Bermudez <bermudezgigie@gmail.com>

Hi Kyle,

As you are aware, you and I have a follow-up meeting already scheduled.
We can discuss your concerns from Tuesday and questions about your Accommodation Plan.

Donna

Donna Kaklamanos, MSW
Rowan College at Burlington County
Office of Student Support
**Evans Hall**
900 College Cir, Mt Laurel, NJ 08054
609-894-9311 Ext. 1803 Ext. 2789
Direct Line: (856) 242-5174
Fax 609-894-7270
dkaklamanos@rcbc.edu

Screening and Crisis Intervention Program (SCIP) (609) 261-8000
National Suicide Prevention Hotline (24/7): 1-800-273-TALK (8255)
Office of Public Safety at 609-894-9311 x2100.

On Fri, Dec 2, 2016 at 10:01 AM, Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu> wrote:

Thank you.

Kyle Bermudez

**From:** **Kyle Timothy Bermudez** <kyletimothy_bermudez@myn *k'*...;ur.edu>
**Date:** Mon, Nov 28, 2016 at 10:26 AM
**Subject:** Kyle Bermudez, Nursing 119-102
**To:** Michael Cioce <mcioce@rcbc.edu>
**Cc:** Gigie Bermudez <bermudezgigie@gmail.com>, fidelbermudez@yahoo.com, capoh@rcbc.edu, Donna Kaklamanos
<dkaklamanos@rcbc.edu>

Hi Mr. Cioce,

Good morning!

A day missed in school is a day lost forever. Unfortunately, this is my case. Further delay in attending Nursing 119 classes with few remaining days during Fall 2016 is not my own choosing. It is the discretion of the college and faculty.

I have not received reply from the Provost and the Dean of Nursing on how to proceed. I hope everyone understands the consequences. Please provide an update.

Thank you.

Kyle

## Attachment G

**From:** Celeste Brown-Apoh [mailto:capoh@rcbc.edu]
**Sent:** Tuesday, November 15, 2016 7:55 PM
**To:** Felogina Bermudez; Karen Montalto
**Subject:** Re: Kyle Bermudez, 119 - 102

Hello Mrs. Bermudez



Dear Kyle,

I am writing to communicate that after reviewing all available information, including your signed Clinical Counseling note dated Nov. 29, 2016 and the fact that you have missed a significant and extensive portion of your NUR-119 course that will prevent you from obtaining the requisite competencies, it is my professional judgment that you should be given an Administrative Withdrawal for your 2016 Fall NUR-119 course, with a grade of AW. I have reviewed this judgment with RCBC's Sr. Vice President and Provost, Dr. David Spang, and he has concurred with this course of action.

This grade does not prevent you from returning to RCBC's nursing program in the future, provided that you demonstrate compliance with entrance and program requirements.

The AW grade for your NUR-119 course will not affect your standing or enrollment in your 2016 Fall semester BIO-156 course.

If you have any questions or concerns regarding this communication, please do not hesitate to contact me.

Sincerely,
Dr Montalto


Dr Karen Montalto, PhD
Dean of Health Sciences
**Rowan College at Burlington County**
601 Pemberton-Browns Mills Road
Pemberton, NJ 08068
kmontalto@rcbc.edu
856-222-9311 ext 1579
Direct Dial: 856-291-4266
609-726-0628 Fax

---

601 Pemberton Browns Mills Road, Pemberton, New Jersey 08068-1536 | (609) 894-9311 | rcbc.edu

4/7/2017                    Rowan College at Burlington County Mail - Withdrawal from Nursing Course Fall 2016 semester

 **Rowan College**
BURLINGTON COUNTY                    **Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>**

## Withdrawal from Nursing Course Fall 2016 semester

2 messages

**Karen Montalto <kmontalto@rcbc.edu>**                            Mon, Dec 5, 2016 at 3:32 PM
To: kyletimothy_bermudez@mymail.rcbc.edu
Cc: David Spang <dspang@rcbc.edu>, Michael Cioce <mcioce@rcbc.edu>, Celeste Brown-Apoh <capoh@rcbc.edu>,
Donna Kaklamanos <dkaklamanos@rcbc.edu>, Catherine Briggs <cbriggs@rcbc.edu>, Linda Schmidt
<lschmidt@rcbc.edu>

Dear Kyle,

I am writing to communicate that after reviewing all available information, including your signed Clinical Counseling note
dated Nov. 29, 2016 and the fact that you have missed a significant and extensive portion of your NUR-119 course that
will prevent you from obtaining the requisite competencies, it is my professional judgment that you should be given an
Administrative Withdrawal for your 2016 Fall NUR-119 course, with a grade of AW. I have reviewed this judgment with
RCBC's Sr. Vice President and Provost, Dr. David Spang, and he has concurred with this course of action.

This grade does not prevent you from returning to RCBC's nursing program in the future, provided that you demonstrate
compliance with entrance and program requirements.

The AW grade for your NUR-119 course will not affect your standing or enrollment in your 2016 Fall semester BIO-156
course.

If you have any questions or concerns regarding this communication, please do not hesitate to contact me.

Sincerely,

Dr Montalto

Dr Karen Montalto, PhD
Dean of Health Sciences
**Rowan College at Burlington County**
601 Pemberton-Browns Mills Road
Pemberton, NJ 08068
kmontalto@rcbc.edu
856-222-9311 ext 1579
direct dial: 856-291-4266
609-726-0628 Fax



**Lewis A. Lazarus, Ph.D.**
Clinical Neuropsychologist
Licensed Psychologist  NJ Lic. #3659, PA Lic. #PS-008682-L
2301 Evesham Road, Suite 209
Voorhees, NJ 08043
Phone:  856.772.5874
Fax:  856.772.2318
E-mail:  DrLLazarus@gmail.com

---

**DDS OFFICE:  NEW BRUNSWICK, NJ**

| | | | |
|---|---|---|---|
| **CLAIMANT:** | **KYLE BERMUDEZ** | **TDN:** | 1350718584 |
| **ADJUDICATOR:** | Mr. Burris | **ADJUDICATOR #:** | 73332 |
| **DATE OF BIRTH:** | 10/31/92 | **DATE OF EXAM:** | 02/28/18 |
| **LOCATION OF EXAMINATION:** | | Marlton, NJ | |
| **TYPE OF EVALUATION:** | | Mental Status Examination | |

**BACKGROUND INFORMATION:**
The claimant is a 25-year-old right-handed male who was born in Jersey City, New Jersey and raised in the same.  He has been at his present location most of his life.  He has one brother and two sisters.  The claimant is the oldest.  The claimant's mother is in her 50s, as is his father.  His parents are no [?], and both are from the Philippines.  The claimant is single, never married, and he has no children.  The claimant lives with his parents.  He was driven to the examination by his father and accompanied by his parents, but he was seen alone.

**EDUCATION:**
The claimant stated that he graduated from Rancocas Valley High School and then went on and got his Bachelor's degree from Rutgers University with a major in biology.  He stated he tried to go to nursing school at Rowan but has had issues at school, particularly emotional-based issues.  The claimant stated that, when he was in high school, he had no accommodations.  The claimant related an incident in November of 2016 in which he stated he had a severe anxiety attack and was ultimately suspended.

**CURRENT VOCATIONAL STATUS:**
The claimant is currently not employed and has never reportedly worked.  He has begun seeking some support through the Department of Vocational Rehabilitation Services.

**MEDICAL HISTORY:**
Claimant denied any surgeries, hospitalizations, or chronic medical conditions.  He does not take any medications.

**DRUG AND ALCOHOL HISTORY:**
Unremarkable.  He does not smoke cigarettes.

**PAST PSYCHIATRIC HISTORY:**
Unremarkable for any inpatient hospitalizations.  He has been seeing Dr. Roberts monthly since December of 2016.

CLAIMANT:  KYLE BERMUDEZ                    TDN:  1350718584                    2

**LEGAL HISTORY:**
Unremarkable.

**FAMILY HISTORY:**
Unremarkable for any known mental health issues, drug or alcohol problems, or cognitive problems.

**MILITARY HISTORY:**
Unremarkable.

**ABUSE AND TRAUMA HISTORY:**
Denied.

**CURRENT PSYCHOLOGICAL STATUS:**
Claimant describes feeling "stressed out" with not working and not being in school. He stated that his sleep and appetite, however, are intact. He notes some apprehensiveness and at times may obsess on cleaning. There are no panic symptoms noted, with the exception of the one episode that occurred at school. There is no evidence of any manic symptoms or disturbances in thought processes, such as hallucinations or delusions. Cognitively, the claimant denied any problems.

**MENTAL STATUS EXAMINATION:**
The claimant presented to the examination with a cooperative demeanor. His manner of relating and social skills were fair. He interacted at a level below that which would be expected of someone his age. He also appears to lack appreciation of pragmatics and subtleties of conversation. He appeared generally in accord with his stated age. He was appropriately dressed and casually attired. His hygiene was fair. He was unshaven, and he wore glasses. Gait, posture, and motor behavior were all normal, and eye contact was appropriate. His speech was fluent but monotone. Thought processes were coherent and goal directed, with no evidence of hallucinations, delusions, or paranoia in the evaluation setting. His affect was somewhat dysphoric, but he stated that he felt "okay." The claimant was noted to be alert and oriented in all spheres, including knowing the current President of the United States. Recent and remote memory skills were considered to be intact. He was able to immediately recall 3/3 items, and 3/3 items was recalled after a brief 5-10 minute delay. Attention and concentration were considered to be fair. He could do simplistic calculations and serial 3s, although initially he lost track in doing serial 3s. He was able to repeat 7 digits forward but just 3 digits in the reverse order consistently on a digit span task. Intellectually, he is estimated to be functioning in the average to perhaps above average range, with an average to above average general fund of knowledge. His insight is fair to limited, but his judgment is considered to be fair to good.

**ACTIVITIES OF DAILY LIVING:**
Claimant is independent with dressing, bathing, grooming. He does no cooking or preparing of meals. He can clean, and he has never taken care of his laundry. His mother takes care of the shopping, and he has no money to manage. He has no medications to manage. He can drive. He stated that he does not have any close relationships but would like some. He said he has never had any very close social relationships. He gets along well with his family. He enjoys drawing. A typical day is spent getting up, going to the gym at times, and often being at home and trying to study to get back to his nursing pursuits. Overall, his examination results are considered to be consistent with the claimant's allegations.

**CLAIMANT:  KYLE BERMUDEZ**                    **TDN:  1350718584**            3

**DIAGNOSES:**
Autistic spectrum disorder without intellectual impairment.
Unspecified anxiety disorder.
Problems with vocational functioning.

**RECOMMENDATIONS:**
Recommendations at this time are for continued mental health treatment as currently reportedly being provided, for this support is warranted in order to assist the claimant in pursuing further academic studies.  Perhaps his chosen field of nursing may not be the best, given his underlying difficulties interpersonally.  Certainly, social skills training is warranted.

**PROGNOSIS:**
Fair, however, with the appropriate interventions, perhaps his prognosis may approve.

**ABILITY TO MANAGE FUNDS:**
Claimant is considered capable of effectively managing his own funds.

**DISCLAIMER:**
The above-named claimant was examined for a Consultative Examination.  No doctor/patient relationship exists nor is any implied by this examination.  I affirm, under penalty of perjury, that the foregoing is a true report of my findings and opinion based upon examination of the above-named individual.

Should there be any questions regarding this report, please do not hesitate to contact this office at 856-772-5874.


Lewis A. Lazarus, Ph.D.
Clinical Psychologist – Specializing in Neuropsychology
NJ License #3659


LL/pti:ac  (2604840)

SOCIAL SECURITY ADMINISTRATION
SUPPLEMENTAL SECURITY INCOME
Notice of Disapproved Claim

Telephone: (866) 837-5002

Date: 03/26/18

KYLE BERMUDEZ
4 COLONIAL CT                          Claim Number: 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
HAINESPORT NJ 08036


This is a very important letter.  Please read it carefully.  If you cannot read English,
please take this letter to someone who can read it to you right away or contact Social
Security for help.

We provide free interpreter services to conduct your Social Security business.  You may use
your own if you prefer but we might also have our interpreter present.

We are writing about your claim for Supplemental Security Income (SSI) payments.  Based
on a review of your health problems you do not qualify for payments on this claim.
This is because you are not disabled or blind under our rules.

We have enclosed information about the disability and blindness rules.

An explanation is provided below of why we decided you are not disabled.

The following reports were considered in deciding your claim:
COOPER UNIV HOSPITAL
COOPER HOSP/UMC
DR LEWIS LAZARUS Psychiatry Consultative Exam 02/28/18

We did not obtain any other reports because the ones shown above had enough
information to evaluate your condition.

* We have determined that your condition does not keep you from working.  We
considered the medical and other information, your age, education, training, and
work experience in determining how your condition affects your ability to work.

* You said you were disabled because of Asperger syndrome autism spectrum
disorder, anxiety attack, panic attack, obsessive compulsive disorder and a mood
disorder.

The following factors were considered in making our decision:

* Your conditions have not affected your ability to understand, remember,
cooperate with others and perform normal daily activities.

* You have occasional episodes of anxiety. However there is no permanent mental
disorder which would prevent you from doing normal daily activities.

* While you have problems with learning, you are able to perform normal daily

activities, take care of your personal needs, communicate with others, follow simple instructions and perform simple jobs.

* The evidence shows no other conditions which significantly limits your ability to work.

* Although you have no work experience, you should be able to perform jobs which do not require more than a short training period.

IF YOUR CONDITION GETS WORSE AND KEEPS YOU FROM WORKING, WRITE, CALL OR VISIT ANY SOCIAL SECURITY OFFICE ABOUT FILING ANOTHER APPLICATION.

ABOUT THE DECISION

Doctors and other trained staff looked at your case and made this decision.  They work for your State but used our rules.

Please remember that there are many types of disability programs, both government and private, which use different rules.  A person may be receiving benefits under another program and still not be entitled under our rules.  This may be true in your case.

IF YOU DISAGREE WITH THE DECISION

If you disagree with this decision, you have the right to appeal.  We will review your case and consider any new facts you have.  A person who did not make the first decision will decide your case.

   * You have 60 days to ask for an appeal.

   * The 60 days start the day after you get this letter.  We assume you got this
     letter 5 days after the date on it unless you show us that you did not get it
     within the 5-day period.

   * You must have a good reason for waiting more than 60 days to ask for an appeal.

   * You have to ask for an appeal in writing.  We will ask you to sign a form
     SSA-561-U2, called "Request for Reconsideration." You may complete this form
     on-line at http://www.socialsecurity.gov/online/ssa.561.pdf.  Contact one of
     of our offices if you want help.

   * IN ADDITION, YOU HAVE TO COMPLETE A "RECONSIDERATION DISABILITY REPORT" TO
     TELL US ABOUT YOUR MEDICAL CONDITION SINCE YOU FILED YOUR CLAIM.  YOU MAY
     CONTACT ONE OF OUR OFFICES OR CALL 1-800-772-1213 TO REQUEST THIS FORM.  OR
     YOU MAY COMPLETE THIS REPORT ONLINE AT
     www.socialsecurity.gov/disability/recon.

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on Your SSI Claim."  It contains more information about the appeal.

HOW THE APPEAL WORKS

You have the right to review the facts in your case.  You can give us more facts to add to your file.  Then we will decide your case again.  You will not meet the person who will decide your case.

NEW APPLICATION

You have the right to file a new application at any time, but filing a new application is not the same as appealing a decision. If you disagree with this decision and you file a new application instead of appealing, you might lose some benefits, or not qualify for any benefits. So, if you disagree with this decision, you should ask for an appeal within 60 days.

**IF YOU WANT HELP WITH YOUR APPEAL**

You can have a friend, lawyer, or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it.

**IF YOU HAVE ANY QUESTIONS**

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at the number shown on page 1. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 1710 ROUTE 38
> MOUNT HOLLY NJ 08060

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

> Social Security Administration

Enclosure:
Disability Rules and Other Benefits Fact Sheets

SSA-L444-A (9/2007)CJO

12/9/2016    Rowan College at Burlington County Mail - Kyle Bermudez 1071301 Spring 2017 Intent to Enroll Nursing 119

 Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>

## Kyle Bermudez 1071301 Spring 2017 Intent to Enroll Nursing 119

7 messages

**Kyle Timothy Bermudez** <kyletimothy_bermudez@mymail.rcbc.edu>                Thu, Dec 8, 2016 at 4:45 PM
To: Michael Cioce <mcioce@rcbc.edu>, Karen Montalto <kmontalto@rcbc.edu>, dspang@rcbc.edu

I would like to enroll for the Spring 2017 Evening Nursing Program due to recent events.  In order to avoid undue delay and financial hardship, attached is a copy of the Intent to Enroll and 504 Accommodations. Please reconsider.

Thank you.

Kyle Bermudez

 **Kyle Bermudez_Intent to Enroll_Spring 2017.pdf**
1065K

**Kyle Timothy Bermudez** <kyletimothy_bermudez@mymail.rcbc.edu>                Thu, Dec 8, 2016 at 4:46 PM
To: Gigie Bermudez <bermudezgigie@gmail.com>

[Quoted text hidden]

**Kyle Bermudez_Intent to Enroll_Spring 2017.pdf**
1065K

**Karen Montalto** <kmontalto@rcbc.edu>                Thu, Dec 8, 2016 at 4:50 PM
To: Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>
Cc: Michael Cioce <mcioce@rcbc.edu>, "dspang@rcbc.edu" <dspang@rcbc.edu>

Kyle
We do not utilize an "intent to enroll" anymore. Students apply online. Spring applications closed over a month ago.  We do not have room for any more students in the spring.

We also are not designating any semester as "evening versus day".

Reenrollment is never guaranteed and is only on a space available basis.  You will need to apply online for the fall 2017 semester if you would like to be considered for reenrollment. That is the next application cycle.

Sincerely
Dr Montalto
[Quoted text hidden]
--
Dr Karen Montalto, PhD
**Dean of Health Sciences**
**Rowan College at Burlington County**
601 Pemberton-Browns Mills Road

12/9/2016            Rowan College at Burlington County Mail - Kyle Bermudez 1071301 Spring 2017 Intent to Enroll Nursing 119

Pemberton, NJ 08068
kmontalto@rcbc.edu
856-222-9311 ext 1579
direct dial: 856-291-4266
609-726-0628 Fax



The information in this e-mail, and any attachment therein, is confidential and for use by the addressee only. If you are not the intended recipient, please return the email to the sender and delete it from your computer. Although Rowan College at Burlington County attempts to sweep e-mail attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result of viruses.

**Kyle Timothy Bermudez** <kyletimothy_bermudez@mymail.rcbc.edu>              Thu, Dec 8, 2016 at 5:20 PM
To: Karen Montalto <kmontalto@rcbc.edu>
Cc: Michael Cioce <mcioce@rcbc.edu>, "dspang@rcbc.edu" <dspang@rcbc.edu>

I understand you no longer utilize the "intent to enroll," effective November 1, 2016 for the Fall 2017 program. However, the attached is effective April 1, 2016 for Spring 2017 program which utilizes hard copy with returned receipt April 4, 2016. In case a spot becomes available please consider my application for Spring 2017. Attached is a copy of today's WebAdvisor. Thank you for your reply.

Kyle Bermudez
[Quoted text hidden]



**image001.png**
260K

**Kyle Timothy Bermudez** <kyletimothy_bermudez@mymail.rcbc.edu>              Thu, Dec 8, 2016 at 5:21 PM
To: Gigie Bermudez <bermudezgigie@gmail.com>

———— Forwarded message ————
From: **Kyle Timothy Bermudez** <kyletimothy_bermudez@mymail.rcbc.edu>
[Quoted text hidden]



**image001.png**
260K

12/9/2016                    Rowan College at Burlington County Mail - Kyle Bermudez 1071301 Spring 2017 Intent to Enroll Nursing 119

**Karen Montalto** <kmontalto@rcbc.edu>                                    Thu, Dec 8, 2016 at 11:28 PM
To: Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>
Cc: Michael Cioce <mcioce@rcbc.edu>, "dspang@rcbc.edu" <dspang@rcbc.edu>

Kyle
As I said the spring application is closed. The spots in the program are for the students completing their background
checks. We will not be admitting anyone else to the spring program.
This is not up for discussion.  You will not be readmitted for spring 2017.
Sincerely,
[Quoted text hidden]

**Kyle Timothy Bermudez** <kyletimothy_bermudez@mymail.rcbc.edu>         Fri, Dec 9, 2016 at 8:23 AM
To: Gigie Bermudez <bermudezgigie@gmail.com>


--------- Forwarded message ---------
From: **Karen Montalto** <kmontalto@rcbc.edu>
Date: Thu, Dec 8, 2016 at 11:28 PM
Subject: Re: Kyle Bermudez 1071301 Spring 2017 Intent to Enroll Nursing 119
To: Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>
Cc: Michael Cioce <mcioce@rcbc.edu>, "dspang@rcbc.edu" <dspang@rcbc.edu>


[Quoted text hidden]

4/7/2017     Rowan College at Burlington County Mail - Request to Return to RCBCs Nursing Program, Spring 2017 Nur 119, 1/20/2017-5/14/2017

 **Rowan College**
BURLINGTON COUNTY

**Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>**

# Request to Return to RCBCs Nursing Program, Spring 2017 Nur 119, 1/20/2017-5/14/2017

3 messages

---

**Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>**          **Mon, Jan 23, 2017 at 8:39 AM**
To: Michael Cioce <mcioce@rcbc.edu>

I would like to ask your permission to be able to return to the nursing program. I am confident that I am able to return to a full program of studies and participate in the nursing program. Attached is an updated 504 letter, Accommodation Plan Spring 2017 and unofficial transcript indicating I have met most of the pre-requisites for the nursing course. The only subject needed is Nursing 119.

Per Web advisor, there are available open spaces that requires instructors consent to register. I have demonstrated compliance with entrance and program requirements. If you would like to discuss further, I am available anytime. The class starts at 4:00 PM, Monday, January 23, 2017.

Please review for reconsideration.

Thank you.

Sincerely,

Kyle Bermudez
ID 1071301

📄 **Kyle Bermudez RCBC ID 1071301 .pdf**
2332K

---

**Michael Cioce <mcioce@rcbc.edu>**          **Mon, Jan 23, 2017 at 9:22 AM**
To: Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>
Cc: Karen Montalto <kmontalto@rcbc.edu>

Kyle,
The last email from Dr. Montalto on 12/8/16 explained that the spring 2017 application was closed and the open spots that you were referring to are actually already designated for students that were having background checks completed.

I emailed you on 12/12/16 to discuss your future academic intentions at RCBC. I'll repeat that there appears to be a disconnect between the conversations that take place in person and what gets sent via email.

The invitation remains open for you to schedule time to come in and discuss and clarify what it is that you need from the college.

Thank you,


****************************
**Michael A. Cioce**
Vice President
Enrollment Management and Student Success

---

4/7/2017        Rowan College at Burlington County Mail - Request to Return to RCBCs Nursing program, Spring 2017 Nur 119, 1/20/2017 - 5/14/2017

 **Rowan College**
BURLINGTON COUNTY

Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>

## Request to Return to RCBCs Nursing program, Spring 2017 Nur 119, 1/20/2017 - 5/14/2017

3 messages

---

**Kyle Timothy Bermudez** <kyletimothy_bermudez@mymail.rcbc.edu>          Mon, Jan 23, 2017 at 8:36 AM
To: Karen Montalto <kmontalto@rcbc.edu>

I would like to ask your permission to be able to return to the nursing program. I am confident that I am able to return to a
full program of studies and participate in the nursing program. Attached is an updated 504 letter, Accommodation Plan
Spring 2017 and unofficial transcript indicating I have met most of the pre-requisites for the nursing course. The only
subject needed is Nursing 119.

Per Web advisor, there are available open spaces that requires instructors consent to register. I have demonstrated
compliance with entrance and program requirements. If you would like to discuss further, I am available anytime. The
class starts at 4:00 PM, Monday, January 23, 2017.

Please review for reconsideration.

Thank you.

Sincerely,

Kyle Bermudez
ID 1071301

---

📄 **Kyle Bermudez RCBC ID 1071301 .pdf**
2332K

---

**Karen Montalto** <kmontalto@rcbc.edu>          Mon, Jan 23, 2017 at 9:09 AM
To: Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>
Cc: David Spang <dspang@rcbc.edu>, Donna Kaklamanos <dkaklamanos@rcbc.edu>, Celeste Brown-Apoh
<capoh@rcbc.edu>, Michael Cioce <mcioce@rcbc.edu>

Kyle,
I have responded to your prior emails.
Please refer to those.
The program is full this semester.
You may not register.
I previously directed you to reapply for the Fall 2017 semester.
Sincerely,
Dr Montalto


Dr Karen Montalto, PhD
Dean of Health Sciences
**Rowan College at Burlington County**
601 Pemberton-Browns Mills Road
Pemberton, NJ 08068
kmontalto@rcbc.edu
856-222-9311 ext 1579
direct dial: 856-291-4266

1/26/2017                                    Section Selection Results

Log In    |    Main Menu    |    Help    |    Contact Us

Welcome Guest!

# Section Selection Results

[FIRST]  [PREV]  [NEXT]  [LAST]  [        ]  [JUMP]   Page 1 of 1

| Term | Status | Section Name and Title | Location | Meeting Information | Faculty | Available/ Capacity | Credits | CEUs | Academic Level |
|------|--------|-----------------------|----------|--------------------|---------|--------------------|---------|------|----------------|
| 2017 Spring Semester | Open | NUR-119-400 Fundamentals of Nursing | Pemberton Campus | 01/20/2017-05/14/2017 LECTURE Monday, Tuesday 04:00PM - 05:50PM, Parker Center, Room 225 (more)... | C. Brown-Apoh | 1 / 10 | 7.00 | | Undergraduate |
| 2017 Spring Semester | Open | NUR-119-401 Fundamentals of Nursing | Pemberton Campus | 01/20/2017-05/14/2017 LECTURE Monday, Tuesday 04:00PM - 05:50PM, Parker Center, Room 225 (more)... | C. Brown-Apoh | 1 / 10 | 7.00 | | Undergraduate |
| 2017 Spring Semester | Closed | NUR-119-402 (0959) Fundamentals of Nursing | Pemberton Campus | 01/20/2017-05/14/2017 LECTURE Monday, Tuesday 04:00PM - 05:50PM, Parker Center, Room 225 (more)... | C. Brown-Apoh | 0 / 10 | 7.00 | | Undergraduate |
| 2017 Spring Semester | Closed | NUR-119-403 Fundamentals of Nursing | Pemberton Campus | 01/20/2017-05/14/2017 LECTURE Monday, Tuesday 04:00PM - 05:50PM, Parker Center, Room 225 (more)... | C. Brown-Apoh | 0 / 10 | 7.00 | | Undergraduate |
| 2017 Spring Semester | Open | NUR-119-404 (1623) Fundamentals of Nursing | Pemberton Campus | 01/20/2017-05/14/2017 LECTURE Monday, Tuesday 04:00PM - 05:50PM, Parker Center, Room 225 (more)... | C. Brown-Apoh | 1 / 10 | 7.00 | | Undergraduate |
| | Open | | | | | 1 / 10 | 7.00 | | Undergraduate |

1/26/2017                                       Section Selection Results

| 2017 Spring Semester | | NUR-119-405 (3018) Fundamentals of Nursing | Pemberton Campus | 01/20/2017-05/14/2017 LECTURE Monday, Tuesday 04:00PM - 05:50PM, Parker Center, Room 225 (more)... | C. Brown-Apoh | | | |
| 2017 Spring Semester | Open | NUR-119-406 (1456) Fundamentals of Nursing | Pemberton Campus | 01/20/2017-05/14/2017 LECTURE Monday, Tuesday 04:00PM - 05:50PM, Parker Center, Room 225 (more)... | C. Brown-Apoh, K. Twaddell | 1 / 10 | 7.00 | Undergraduate |
| 2017 Spring Semester | Open | NUR-119-407 (1457) Fundamentals of Nursing | Pemberton Campus | 01/20/2017-05/14/2017 LECTURE Monday, Tuesday 04:00PM - 05:50PM, Parker Center, Room 225 (more)... | C. Brown-Apoh | 2 / 10 | 7.00 | Undergraduate |

[FIRST]  [PREV]  [NEXT]  [LAST]  [_____]  [JUMP]   Page 1 of 1

[ OK ]

Log In   |   Main Menu   |   Help   |   Contact Us



Cooper
University Hospital

Cooper Medical School
of Rowan University

January 0, 2017

RE: Kyle Bermudez, DOB 10/31/1992

To Whom it May Concern:

By way of this letter I wish to confirm my diagnostic impression and recommendations for Kyle Bermudez, who is a student in your institution whom I have evaluated on January 9, 2017. Kyle is diagnosed with Anxiety Disorder NOS and Autism Spectrum Disorder (Aspergers Disorder).

It is my impression that Section 504 reasonable accommodations are medically necessary so he can function academically and interpersonally. With these accommodations, he can return to a full program of studies and participate in an academic program. The accommodations I recommend include: a private area for exams due to anxiety and to avoid distracting others, alternate work assignments, modified deadlines or flexibility to reduce anxiety and perseveration, and pre-planning for group discussions in class to prepare him for such social and academic encounters. Mr. Bermudez does not present a harm to himself or others. He will be pursuing cognitive behavioral therapy with Dr. Michael Roberts in our Department to address his clinical needs.

Thank you very much for your support for Kyle.

Sincerely yours,

Andres J. Pumariega, M.D.
Board Certified Child and Adolescent Psychiatrist
Professor and Chair, Psychiatry
Cooper Health System and
Cooper Medical School of Rowan University



**Rowan College**
at
**BURLINGTON COUNTY**

4/18/2017

Mr. Kyle Timothy S. Bermudez
4 Colonial Ct
Hainesport NJ 08036

Dear Kyle Timothy:

Thank you for your application to the nursing program at Rowan College at Burlington County (RCBC). After careful consideration, we are unable to consider your application for the Fall 2017 Nursing class. The applicant pool was very competitive; we received a record number of applications for a limited number of available seats.

Our next application cycle for Spring 2018 will open May 1, 2017. Please check our website - http://rcbc.edu/nursing for the admission requirements.

I would recommend that you meet with someone in the Academic Advising department to discuss next steps in your academic career. Please feel free to contact Ms. Sandy Koch (skoch@rcbc.edu or 856-242-5394) to set up an appointment with an academic advisor.

We wish you every personal and professional success with your education.

Sincerely,

Mahirym Holguin
Health Sciences Division Coordinator
nursing@rcbc.edu

BUR L 002495-18    11/13/2018      Pg 35 of 65 Trans ID: LCV20182004570
Case 1:19-cv-12478-RMB-KMW   Document 1-1   Filed 05/13/19   Page 49 of 85 PageID: 55

4/6/2017                          Rowan College at Burlington County Mail - RCBC Next Steps

 **Rowan College**
BURLINGTON COUNTY

**Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>**

## RCBC Next Steps
2 messages

**Michael Cioce** <mcioce@rcbc.edu>                       Tue, Apr 4, 2017 at 8:56 PM
To: Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>
Cc: Anita Rudman <arudman@rcbc.edu>, Mahirym Holguin <mholguin@rcbc.edu>, Karen Montalto <kmontalto@rcbc.edu>

Hi Kyle,
Thank you for coming in today and allowing us to have an open conversation related to your academic goals and plans.

As discussed, the nursing program at RCBC is one of our selective programs that has an admissions policy that differs from the open-door policy that many of our programs have and with that, there are strict academic requirements that students need to maintain to gain entry and remain enrolled in the program.

Based on the challenges encountered during the fall term and ultimate dismissal from the program, any intentions on re-enrolling would require re-application and ultimate re-acceptance. As communicated today, the overall competitive current applicant pool and number of seats available for the fall cohort appears to indicate that your application for entry into the program will be denied for Fall 2017. The final decisions are wrapping up right now and you can expect this in writing shortly.

Although you can re-apply again for the Spring 2018 term, it was not my intention to lead you to believe that there was any false hope for subsequent semesters. As the program and partnership with Virtua grows, we expect competition to increase moving forward.

My offer from today still stands if you are interested in speaking to anyone from our Career Services or Advising units to see if there are any alternate degree programs that might be a better fit for your career and academic pursuits.

Please advise if there are any questions from our conversation or from the contents of this email.

Best,


*****************************
**Michael A. Cioce**
Vice President
Enrollment Management and Student Success

**Rowan College at Burlington County**
The Enterprise Center, Suite 263
300 College Circle
Mt. Laurel, NJ  08054-9414
(609) 894-9311 ext 1700 (P)
(856) 291-4103 Direct
(609) 894-0139 (F)
mcioce@rcbc.edu
rcbc.edu

 **Rowan College**
BURLINGTON COUNTY

The information in this e-mail, and any attachment therein, is confidential and for use by the addressee only. If you are not the intended recipient, please return the email to the sender and delete it from your computer. Although Rowan

On Fri, Mar 31, 2017 at 6:44 PM, Karen Montalto <kmonta'*<sub>2</sub>(<sup>...</sup>rbc.edu> wrote:
Kyle

Currently we are not admitting anyone with a "non repeated failure" of a required program course.  You have a grade of D on your transcript for a required math course.

We cannot let you return to the program until you have successfully repeated that course with a C or better. We have to adhere to our current standards and treat all students the same.   Once you have successfully repeated that course you may reapply to the program.

Sincerely
Dr Montalto

On Fri, Mar 31, 2017 at 10:46 AM Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu> wrote:
I have not heard from you. I am still waiting for your reply. Thanks.


Kyle
--------- Forwarded message ----------
From: **Kyle Timothy Bermudez** <kyletimothy_bermudez@mymail.rcbc.edu>
Date: Fri, Mar 17, 2017 at 8:43 AM
Subject: Permission to Return to RCBC Nursing Fall 2017
To: Karen Montalto <kmontalto@rcbc.edu>

I would like to return to RCBC's nursing program in Fall 2017. I have demonstrated compliance with entrance and program requirements. Attached is a copy of my transcript and I only need Nursing 119 to complete the remaining requirements. If you would like to discuss further, I am available anytime. I understand Fall 2017 online registration begins April 17, 2017.

Thank you for your time and understanding.

Sincerely,

Kyle Bermudez
Student ID 1071301
--
Dr Karen Montalto, PhD
Dean of Health Sciences
**Rowan College at Burlington County**
kmontalto@rcbc.edu
856-222-9311 ext 1579
direct dial: 856-291-4266
609-726-0628 Fax



The information in this e-mail, and any attachment therein, is confidential and for use by the addressee only. If you are not the intended recipient, please return the email to the sender and delete it from your computer. Although Rowan College at Burlington County attempts to sweep e-mail attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result of viruses.
--
Dr Karen Montalto, PhD
Dean of Health Sciences
**Rowan College at Burlington County**
kmontalto@rcbc.edu
856-222-9311 ext 1579
direct dial: 856-291-4266
609-726-0628 Fax



Mr. Kyle Timothy F. Bermudez
4 Colonial Ct
Rainesport NJ 08036

# Rowan College
## at BURLINGTON COUNTY

601 Pemberton Browns Mills R
Pemberton, NJ 08068-1

1071301
Bermudez Kyle Timothy
OFFICIAL TRANSCRIPT
4 Colonial Ct
Rainesport NJ 08036

Student ID: 1071301                          Major: Nursing
SSN : XXX-XX-2686                            Date : 03/09/2017
Birth Date: 10/31/1992

Credit is granted in semester hours.        Credit is granted in semester hours.

| Course  Course Title | Grade | Credit Hours | Quality Points | Course  Course Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|---|---|
| **2015 FALL** | | | | **2016 SUMMER 3** | | | |
| BIO 103 GENERAL BIOLOGY I | TR | 3 | 0.0 | NUR 103 MEDICATION ADMINISTRATION | A | 1 | 4.0 |
| BIO 104 GENERAL BIOLOGY I LABORATOR | TR | 1 | 0.0 | Term  GPA  4.000 | | 1 | |
| BIT 210 MOLECULAR GENETICS | TR | 3 | 0.0 | Cum   GPA  4.000 | | 53 | |
| BIO 114 FUND ANATOMY & PHYS II | TR | 3 | 0.0 | | | | |
| BIO 115 FUND ANAT & PHYS II LAB | TR | 1 | 0.0 | **2016 SUMMER 2** | | | |
| BIO 155 BASIC MICROBIOLOGY | TR | 3 | 0.0 | CHM 210 NUTRITION | A | 3 | 12.0 |
| BIO 251 MICROBIOLOGY | TR | 3 | 0.0 | Term  GPA  4.000 | | 3 | |
| BIO 107 GENERAL BIOLOGY II | TR | 3 | 0.0 | Cum   GPA  4.000 | | 56 | |
| BIO 108 GENERAL BIOLOGY II LABORATO | TR | 1 | 0.0 | | | | |
| BIO 156 same as BIO156 - 08/31/2016 | TR | | 0 | **2016 FALL** | | | |
| CHM 115 GENERAL CHEMISTRY I | TR | 3 | 0.0 | NUR 115 FUNDAMENTALS OF NURSING | AM | 0 | 0.0 |
| CHM 116 GENERAL CHEMISTRY I LABORAT | TR | 1 | 0.0 | BIO 156 BASIC MICROBIOLOGY LAB | B+ | 1 | 3.5 |
| RDA 075 IMPROVE COLLEGE READING SKI | TR | 3 | 0.0 | Term  GPA  3.500 | | 1 | |
| MTH 119 CALCULUS I AND ANALYTIC GEO | TR | 4 | 0.0 | Cum   GPA  3.994 | | 57 | |
| CHM 117 GENERAL CHEMISTRY II | TR | 3 | 0.0 | | | | |
| CHM 118 GENERAL CHEM II LAB | TR | 1 | 0.0 | End of official record. | | | |
| ENG 101 COLLEGE COMPOSITION | TR | 3 | 0.0 | | | | |
| BIO 110 FUND ANATOMY & PHYS I | TR | 3 | 0.0 | | | | |
| BIO 111 FUND ANAT & PHYS I LAB | TR | 1 | 0.0 | | | | |
| PSY 101 INTRODUCTION TO PSYCHOLOGY | TR | 3 | 0.0 | | | | |
| SOC 101 PRINCIPLES OF SOCIOLOGY | TR | 3 | 0.0 | | | | |

Transfer Credit
Rutgers University                          47.00
     Term  GPA  0.000                       46
     Cum   GPA  0.000                       46

**2016 SPRING**
| MTH 101 INTRODUCTION TO STATISTICS | TR | 3 | 12.0 |
| PHI 101 INTRODUCTION TO PHILOSOPHY | TR | 3 | 12.0 |
     Term  GPA  4.000                       6
     Cum   GPA  4.000                       52

CONTINUED ON NEXT COLUMN/PAGE



The Family Rights and Privacy Act of 1974 prohibits the release of this record or disclos
its contents to any third party without the written consent of the student.

TO TEST FOR AUTHENTICITY: A black and white document should not be accepted. If co
the word, "VOID" will appear across the face of this document.  A true Rowan Colle
Burlington County transcript has the name of the college printed in maroon ink acros
face of the document.

**From: Karen Montalto <kmontalto@rcbc.edu>**
Date: Sat, Apr 1, 2017 at 10:01 AM
Subject: Re: Permission to Return to RCBC Nursing Fall 2017
To: Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>
Cc: Donna Kaklamanos <dkaklamanos@rcbc.edu>, Mahirym Holguin <mholguin@rcbc.edu>

Kyle
I have supplied information related to your inquiry.
Further discussion can take place in person. I suggest you set up a joint meeting with Ms Kaklamanos and the division coordinator Ms Holguin (copied on this email) if you would like to discuss your transcripts and requirements further.
As of this time you are not readmitted to the program.
Dr Montalto

On Fri, Mar 31, 2017 at 9:33 PM Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu> wrote:
Dear Dr Montalto,

Per January 23, 2017 email, you directed me to reapply for the Fall 2017 semester and explained that the Spring 2017 application was closed and the open spots are actually already designated for students that were having background checks completed. On the contrary, Webadvisor shows 7 available spots on January 24, 2017. In reply to your March 31, 2017 email, I was accepted to Fall 2016 Nursing Program. I completed all the prerequisites and currently have a GPA of 3.955. Please refer to your email on Monday, Dec 5, 2016 at 3:32 PM regarding the extenuating circumstances leading to the current situation. I am repeating the subject Nursing 119. I do not recall a grade of D on my transcript for a required math course. Please provide a detailed explanation of a "non repeated failure " of a required program course.

I need permission to return to RCBC Nursing Fall 2017.

Thank you for your understanding.


Sincerely,

Kyle Bermudez
Student ID 1071301



4/6/2017                     Rowan College at Burlington County Mail - RCBC Next Steps

 **Rowan College**
BURLINGTON COUNTY

**Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>**

## RCBC Next Steps

2 messages

**Michael Cioce** <mcioce@rcbc.edu>                  Tue, Apr 4, 2017 at 8:56 PM
To: Kyle Timothy Bermudez <kyletimothy_bermudez@mymail.rcbc.edu>
Cc: Anita Rudman <arudman@rcbc.edu>, Mahirym Holguin <mholguin@rcbc.edu>, Karen Montalto <kmontalto@rcbc.edu>

Hi Kyle,
Thank you for coming in today and allowing us to have an open conversation related to your academic goals and plans.

As discussed, the nursing program at RCBC is one of our selective programs that has an admissions policy that differs from the open-door policy that many of our programs have and with that, there are strict academic requirements that students need to maintain to gain entry and remain enrolled in the program.

Based on the challenges encountered during the fall term and ultimate dismissal from the program, any intentions on re-enrolling would require re-application and ultimate re-acceptance. As communicated today, the overall competitive current applicant pool and number of seats available for the fall cohort appears to indicate that your application for entry into the program will be denied for Fall 2017. The final decisions are wrapping up right now and you can expect this in writing shortly.

Although you can re-apply again for the Spring 2018 term, it was not my intention to lead you to believe that there was any false hope for subsequent semesters. As the program and partnership with Virtua grows, we expect competition to increase moving forward.

My offer from today still stands if you are interested in speaking to anyone from our Career Services or Advising units to see if there are any alternate degree programs that might be a better fit for your career and academic pursuits.

Please advise if there are any questions from our conversation or from the contents of this email.

Best,


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Michael A. Cioce**
Vice President
Enrollment Management and Student Success

**Rowan College at Burlington County**
The Enterprise Center, Suite 263
300 College Circle
Mt. Laurel, NJ  08054-9414
(609) 894-9311 ext 1700 (P)
(856) 291-4103 Direct
(609) 894-0139 (F)
mcioce@rcbc.edu
rcbc.edu



The information in this e-mail, and any attachment therein, is confidential and for use by the addressee only. If you are not the intended recipient, please return the email to the sender and delete it from your computer. Although Rowan



**Rowan College** at **BURLINGTON COUNTY**

*Student Services Online • WebAdvisor*

LOG IN    MAIN MENU    HELP    CONTACT US

Welcome Guest!

## Section Selection Results

FIRST    PREV    NEXT    LAST    JUMP    Page 1 of 1

| Term | Status | Section Name and Title | Location | Meeting Information | Faculty | Available/ Capacity | Credits | CEUs | Academic Level |
|------|--------|------------------------|----------|--------------------|---------|---------------------|---------|------|----------------|
| 2017 Fall | Open | NUR-130-100 (2666) Fundamentals of Nursing | Mt. Laurel (main) | 08/30/2017-12/14/2017 LECTURE Wednesday, Thursday 09:00AM - 11:30AM, Health Sciences Center, Room 433 | E. Gravina | 5 / 40 | 5.00 | | Undergraduate |
| 2017 Fall | Open | NUR-130-500 (2668) Fundamentals of Nursing | Mt. Laurel (main) | 08/30/2017-12/14/2017 LECTURE Wednesday, Thursday 06:00PM - 08:30PM, Health Sciences Center, Room 304 | K. Buffa | 15 / 31 | 5.00 | | Undergraduate |



**Cooper**
University Physicians

**Department of Psychi**

401 Haddon Avenue
3rd Floor
Camden, NJ 08103

ph. 856.757.7799
fax 856.757.9651

CooperHealth.org

April 6, 2017

RE: Kyle Bermudez, DOB 10/31/1992

To Whom it May Concern:

By way of this letter I wish to confirm my diagnostic impression and recommendations for Kyle Bermudez. Kyle has been participating in cognitive behavioral therapy with me since December 22, 2016 and has been diagnosed with Anxiety Disorder NOS and Autism Spectrum Disorder (Asperger's Disorder).

It is my impression that Section 504 reasonable accommodations are medically necessary so he can function academically and interpersonally. With these accommodations, he can return to a full program of studies and participate in an academic program. The accommodations I recommend include: a private area for exams due to anxiety and to avoid distracting others, 50% extended time on tests, modified deadlines or flexibility to reduce anxiety and perseveration, and pre-planning for group discussions in class to prepare him for such social and academic encounters. He should also be allowed breaks during class if he becomes anxious. Mr. Bermudez does not present a harm to himself or others. He is also continually followed by Dr. Andres Pumariega, a psychiatrist, for medication management.

Thank you very much for your support for Kyle.

Sincerely,

Michael B. Roberts, Psy.D.
Licensed Psychologist – NJ 5732
Department of Psychiatry
Cooper University Hospital and Health System



Cooper Medical School
of Rowan University



**Rowan College**
at
**BURLINGTON COUNTY**

June 14, 2016

Mr. Kyle Timothy S. Bermudez
4 Colonial Ct
Hainesport NJ 08036

Dear Kyle Timothy:

Congratulations! This letter is to inform you that you have been accepted into the Rowan College at Burlington County Day Nursing Program to begin Fall 2016. In order to reserve your place, you need to do the following by **June 30, 2016**:

1. Return the enclosed form to Rowan College at Burlington County, Office of Admissions, 601 Pemberton Browns Mills Rd, Pemberton, NJ 08068, indicating whether or not you accept this offer of admission.

2. Send a **check or money order** made payable to Rowan College at Burlington County in the amount of One Hundred Dollars ($100) to the Office of Admissions along with the form. This money will be applied to your first Nursing course tuition. ***This fee is not refundable***.

3. Complete your **criminal history background check** and **urine drug screening**. A "clear" criminal history background check (CHBC) and urine drug screening (UDS) are required within 14 days of your offer of admission into the program in order to hold your place. Rowan College at Burlington County has designated ADAM SAFEGUARD as the vendor. Please access the website at www.adamsafeguard.com, select "Rowan College at Burlington County", nursing, and follow directions to enter information. The RCBC school code is **rcbcnp**.

Upon receipt of the acceptance form and the check, your name will be forwarded to the Nursing Department and additional information will be sent to you. If the acceptance form and check are not received or your criminal history background check and urine drug screening are not complete and "clear", you will forfeit your place in the class beginning August 2016 and will have to resubmit an Intent-to-Enroll Form to the program.

We look forward to welcoming you into the Nursing Program and wish you every success.

Sincerely,

*Kimberly A. Gasiorowski*

Kimberly A. Gasiorowski
Enrollment Management Specialist

Enclosure

601 Pemberton Browns Mills Road, Pemberton, New Jersey 08068-1536 | (609) 894-9311 | rcbc.edu

June 2016

Dear Fall 2016 Nursing 119 Student,

Congratulations on your acceptance into the Rowan College at Burlington County Associate
Degree Nursing program. Your nursing course Lecturer will be Celeste Brown-Apoh, MSN,
RN. The nursing education ahead of you will be rewarding and exciting. The following
information will help you prepare for the Fall 2016 semester.

In order to register for NUR 119, Fundamentals of Nursing, you will have to take the included
Registration Form to the Mt Laurel Campus Registration Office-you can only register for the
section you are assigned to and the registrations will be monitored by the Nursing Office.

Enclosed is the Physical Examination Form. Students must have this form completed by their
Healthcare Provider and submitted to the Nursing Department office on or before August 1,
2016. Immunizations and/or titers *must* be documented and current. Your physical must include
a 2-step PPD. Please read and complete the form accurately and completely. If you want or
anticipate a need for a copy in the future (i.e. for a job), make your own before you hand it in.
Once it is in your nursing student file, the physical exam form will not be duplicated for you.

CPR Certification must be completed prior to beginning the program. If you are certified, please
be sure that your certification is current. If you need certification, Rowan College at Burlington
County will offer "CPR for the Healthcare Provider" in August 2016. Registration for this
course is directly through LifeForce by calling the number on the flyer enclosed. Call early to
reserve a place.

Nursing students are required to be covered under the Accident Insurance provided by the
college to attend clinical. The college charges a fee for this insurance and information can be
obtained by contacting the Business Office.

The completed Physical Exam form and proof of current CPR (only CPR for the Professional
Rescuer or Professional Healthcare Provider is acceptable) must be submitted to the Division
Secretary for Nursing by August 1, 2016 in order for you to attend the clinical component of
your nursing course. If you are registered to take the CPR course in August 2016, an attendance
sheet will be provided by LifeForce to the Division Secretary that day.

In order to progress from the first Nursing course (NUR 119) to the second (NUR 120), students
must pass the Medication Administration test. The course, NUR 103-Medication
Administration, will be offered during the January Intersession and both Summer Sessions each
year. You must register for NUR 103 by going to the Registration Office at Mt. Laurel Campus.
You also will have two opportunities to take the Medication Administration test by independent
study during NUR 119. This test **must** be passed within 3 attempts in order to progress into the
second semester nursing course. Students who do not pass the test in three attempts will be
dropped from the program with no consideration for readmission.

In addition to the textbooks, syllabus and lab kit, the student uniforms and student name pins must be purchased in the RCBC Bookstore at the Pemberton Campus. You are strongly encouraged to order early. It is anticipated that the NUR 119 syllabus will be available by the end of July 2016. Please call the RCBC Bookstore to get hours of operation.

Students must have the following supplies: trauma scissors, hemostat, pen, watch with second hand, pocket calculator, RCBC lab coat (sold in RCBC store-will not need for NUR 119) and a good quality stethoscope. The Bookstore sells the Littman II stethoscope but you can purchase it anywhere you prefer.

If you do not have a current student photo ID, you will need to go to the Office of Public Safety to obtain one.

Your RCBC Nursing Student Handbook will be given to you at the NUR 119 Orientation in August. After reading the book, initial the places on the last page as indicated and submit the initialed page to the Nursing Division Secretary by the first week of class. **You will only be given *one* copy of the Nursing Student Handbook**. Keep it in a safe place. This handbook has information you will be need for each semester you are in the Nursing Program.

Before the semester starts, you will receive a listing of the NUR 119 clinical locations. These clinical experiences will begin the third week of the Fall 2016 semester.

We look forward to welcoming you into the program and wish you the very best as you pursue your educational goals.

Sincerely,

Danielle Garcia
Division Secretary
Rowan College at Burlington County

Encl.   LifeForce CPR Flyer
        Physical Examination Form

# Nursing

## Associate of Applied Science, (AAS.NUR)

This program combines classroom instruction with laboratory and clinical experiences. Students are admitted twice yearly, into day courses in the fall semester and into primarily evening courses in the spring semester. Graduates are prepared to take the National Council Licensing Examination for Registered Nurses and to provide care as beginning practitioners in health care agencies. Nursing licensure is regulated by the New Jersey Board of Nursing; legal limitations for eligibility to take the licensing examination include having no history of substance/chemical abuse and no convictions for violating any federal or state law relating to narcotic drugs. A criminal history background check is a prerequisite for Registered Nurse licensure.

Interested applicants should obtain a Nursing Program Admission Standards booklet and plan on attending an information session. Students who have applied to the college, taken the Assessment test or are current students at the college should meet with a counselor. Requirements for Admissions into the Nursing program include:

- High School diploma or G.E.D.;
- High school level algebra, biology and chemistry with labs or equivalent college course work with a grade of "C" or better
- RCBC GPA of 2.50;
- TEAS V Test score of 60 percent or higher achieved no earlier than 3 years prior to admission to the nursing program;
- Completion of all remedial work as determined by the College Assessment test.

TOEFL within 2 years of admission for students educated outside the United States. Required Internet-based scores (iBT): Reading 22, Listening 22, Speaking 26, and Writing 25. TOEFL scores must be submitted with "Intent to Enroll" forms.

Qualified applicants will be accepted until all seats are filled. If the number of qualified applicants exceeds the number of seats, priority will be established on basis of county residency, GPA and number of applicable General Education courses completed towards the nursing degree.

Intent-to-Enroll forms are available at the Nursing Office on the Pemberton campus, Parker Center, Room 331 and the Office of the Registrar on the Mount Laurel campus, Evans Hall.

All Intent-to-Enroll forms must be mailed. No hand-delivered forms will be accepted. Forms postmarked prior to acceptance dates listed will not be considered for program admission.

Intent forms for the program will be available starting:

|  | Pick-up | Mailed | Postmark |
|---|---|---|---|
| Spring admission: | Mar. 1 | Apr. 1 | Apr. 1 or later |
| Fall admission: | Oct. 1 | Nov. 1 | Nov. 1 or later |

Students admitted must be CPR certified (Professional Rescuer), complete a satisfactory physical examination indicating they can perform the rigorous program activities, maintain malpractice/liability insurance and personal health insurance throughout the program and undergo a criminal history background check and a drug screen. Nursing students are responsible for their own transportation to clinical sites.

Educational mobility for LPNs is facilitated through advanced standing on a space-available basis. Consult the Nursing Program Admissions Standards booklet for specific information. Nursing graduates may transfer their credits toward a baccalaureate degree in Nursing at various colleges.

Graduates of this program will be able to:
- Practice within the ethical, legal, and regulatory frameworks of nursing and standards of professional nursing practice;
- Practice within the parameters of individual knowledge and experience;
- Use standards of nursing practice to perform and evaluate client care;
- Recognize the impact of economic, political, social, and cultural forces on the delivery of healthcare;
- Develop and implement a plan to meet life long self-learning needs.

| General Education Courses † | Credits |
|---|---|
| Written & Oral Communications (ENG 101 & ENG 102 required) | 6 |
| Mathematics (MTH 107 required) | 3 |
| Natural Science (BIO 110/111 required)* | 4 |
| Social Science (PSY 101 required) | 3 |
| Additional General Education Requirements (SOC 101 required and PHI 101 required) | 6 |
| **Total** | **22** |

*† See General Education Requirements on page 57.*

| Program Courses | | Credits |
|---|---|---|
| BIO 114 | Anatomy and Physiology II* | 3 |
| BIO 115 | Anatomy and Physiology II Lab* | 1 |
| BIO 155 | Microbiology* | 3 |
| BIO 156 | Microbiology Laboratory* | 1 |
| CHE 210 | Nutrition | 3 |
| PSY 256 | Developmental Psychology | 3 |
| NUR 119 | Fundamentals of Nursing Practice | 7 |
| NUR 120 | Nursing of Families | 9 |
| NUR 214 | Nursing of Patients in Stress | 8 |
| NUR 215 | Advanced Concepts in Nursing Practice | 9 |
| NUR 216 | Management and Professional Issues | 1 |
| **Total** | | **48** |

*\*Courses to be used for Nursing Program must have been completed within 10 years of beginning the first nursing course. Older courses must be retaken and may be audited without taking a lab.*

**Total Required for Degree**     **70**

> The Rowan College at Burlington County Nursing Program is accredited by: The New Jersey Board of Nursing, 124 Halsey Street, 6th Floor, Newark, NJ 07102 (973) 504-6430 and the Accreditation Commission for Education in Nursing, Inc. (ACEN), 3343 Peachtree Road, NE, Suite 850, Atlanta, GA 30326 (404) 975-5000 • Fax (404) 975-5020

# Nursing Major

*The only course substitutions that will be accepted are upper level Anatomy and Physiology (BIO 208/209 and BIO 212/213) and Microbiology (BIO 221/222) courses.*

**Required Courses and Suggested Sequence**

The pre-requisite for NUR 119, Fundamentals of Nursing, is admission to the BCC nursing program.

**SEMESTER 1**

| | | |
|---|---|---|
| NUR 119 | Fundamentals of Nursing | 7 cr |
| ENG 101 | College Composition I | 3 cr |
| * PSY 101 | General Psychology I | 3 cr |
| * BIO 110/111 | Anatomy/Physiology I/Lab | 4 cr |
| | Total credits | 17 cr |

**SEMESTER 2**

| | | |
|---|---|---|
| NUR 120 | Nursing of Families | 9 cr |
| * BIO 114/115 | Anatomy/Physiology II/Lab | 4 cr |
| * PSY 256 | Developmental Psychology | 3 cr |
| | Total credits | 16 cr |

**SEMESTER 3**

| | | |
|---|---|---|
| NUR 214 | Nursing of Patients in Stress | 8 cr |
| * BIO 155/156 | Microbiology/Lab | 4 cr |
| * CHE 210 | Nutrition | 3 cr |
| | Total credits | 15 cr |

**SEMESTER 4**

| | | |
|---|---|---|
| NUR 215 | Advanced Concept/Nursing Practice | 9 cr |
| * NUR 216 | Management/Professional Issues | 1 cr |
| ENG 102 | College Composition II | 3 cr |
| PHI 101 | Introduction to Philosophy | 3 cr |
| | Total credits | 16 cr |

**SUMMER DURING THE PROGRAM**

| | | |
|---|---|---|
| MTH 107 | Intro to Statistics | 3 cr |
| SOC 101 | Principles of Sociology | 3 cr |
| | Total credits | 6 cr |

**70 CREDITS**

\* Indicates co-requisite course. Co-requisite course must be taken prior to or with (but not later than) the nursing course with which it is listed.

**NOTE:** ALL GENERAL EDUCATION AND SCIENCE COURSES MAY BE TAKEN EARLIER THAN SUGGESTED.

All information in this booklet is subject to change. Every effort will be made to apprise applicants of any changes affecting admission.

As an Equal Opportunity/Affirmative Action institution, Burlington County College affords equal vocational opportunities to qualified individuals regardless of race, color, religion, sex, national origin, age, handicap (as defined by Section 504), ancestry, place of birth, marital status or liability for military service in the operation of its programs and activities (including admissions, access to programs and course offerings, physical education, intercollegiate and intramural athletics, counseling, employment, use of facilities, and college-sponsored extracurricular activities). This is in accordance with Title VI of the Civil Rights Act of 1964 (which prohibits discrimination on the basis of race, color, and/or national origin), Title IX of the Education Amendment of 1972 (which prohibits sex discrimination), Section 504 of the Rehabilitation Act of 1973 as amended and the Americans with Disabilities Act/ADA (which prohibit discrimination against otherwise qualified handicapped people), and other applicable laws and regulations. Copies of the Dispute Resolution for Students with Disabilities is available from Mr. Dennis M. Haggerty Title IX and Section 504 Coordinator, located in Lewis M. Parker Building, room 401 on the Pemberton campus or by calling him at (609) 894-9311, ext. 1399.

AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION INSTITUTION

FALL 2016 DAY  NURSING PROGRAM
DECLARATION OF INTENT-TO-ENROLL

**FORMS MUST BE MAILED WITH A POSTMARK OF NOVEMBER 1, 2015-JANUARY 31, 2016.
FORMS WILL NOT BE CONSIDERED IF POSTMARKED PRIOR TO NOVEMBER 1, 2015, OR AFTER
JANUARY 31, 2016.**

**MAIL TO: OFFICE OF ADMISSIONS, ROWAN COLLEGE AT BURLINTON COUNTY
            601 PEMBERTON-BROWNS MILLS RD, PEMBERTON, NJ 08068**
**NO FORMS WILL BE ACCEPTED IN PERSON.  REPRODUCTIONS OF THIS FORM WILL NOT BE
ACCEPTED.**

NAME: _____ STUDENT ID NUMBER _____

MAIDEN NAME: _____ PHONE: _____

ADDRESS: _____ HIGH SCHOOL YEAR _____
                              GRADUATED

By signing this form, I am declaring my Intent-To-Enroll for the Fall 2016 Day Nursing Program.  **I have read the
current Nursing Admissions Standards Booklet, and have completed and submitted all admissions criteria for
entrance into the program.**  I understand that meeting all admissions criteria does not guarantee my acceptance into
the program.  **In the event that the number of qualified applicants exceeds the number of available seats, priority
will be established on the basis of county residency and number of non-nursing credits completed toward the
RCBC, AAS.NUR degree.**

**ADMISSIONS CRITERIA:**

A.    Graduation from high school, or having a GED (**Submit OFFICIAL transcripts to the Office of
      Admissions**), with successful completion (C or better grade) of high school level algebra (or
      MTH075), high school biology with lab (or BIO120, 3 credits and BIO121, 1 credit) and high school
      chemistry with lab (or CHE107, 3 credits and CHE108, 1 credit).  **High school transcripts from
      outside the US must be evaluated by Education Evaluators International, Inc.  College
      transcripts from outside the US must be evaluated by World Education Services.**

B.    Successful completion of any required remedial courses, as determined by
      the College Assessment Test, prior to co...ration for admission.

C.    TEAS V (Test of Essential Academic Skills) with an adjusted individual total percentage score of 60,
      taken within 3 years prior to the nursing program. (TEAS V tests not taken at RCBC must
      have official scores sent to RCBC from ATi Testing)

            Month/Year test was completed: _____ Score_____

D.    Achievement of a cumulative GPA of 2.50 or greater in all courses taken
      at Rowan College at Burlington County (formerly Burlington County College).

E.    **Additional Requirements for Applicants Educated Outside the United
      States.  Test of English as a Foreign Language (TOEFL) scores:
      RCBC nursing TOEFL CODE:  0824**
      Official scores from within the past two years are required if the applicant was educated outside the
      US. Required Internet-based Test (iBT) scores are:
      Reading 22, listening 22, speaking 26, and writing 25.
      All official TOEFL scores must be sent to RCBC/Nursing from ETS.

*I certify that the information contained on this form, including my address, are truthful to the best of my knowledge.
I am aware that any intentional misstatements of material facts shall subject me to disciplinary action under the
Student Code of Conduct up to and including dismissal from Rowan College at Burlington County and monetary
restitution.*

*All students entering the nursing program are required to undergo a criminal history background check and urine
drug screening with "clear" results. Rowan College at Burlington County has designated ADAM SAFEGUARD as
the vendor.  County of residency will also be validated by the check.*

_____        _____
        Signature                        Date

SPRING 2017 EVENING NURSING PROGRAM
DECLARATION OF INTENT-TO-ENROLL

**FORMS MUST BE MAILED WITH A POSTMARK OF APRIL 1, 2016-JUNE 30, 2016.**
**FORMS WILL NOT BE CONSIDERED IF POSTMARKED PRIOR TO APRIL 1, 2016, OR AFTER JUNE 30, 2016.**

**MAIL TO: OFFICE OF ADMISSIONS, ROWAN COLLEGE AT BURLINTON COUNTY**
**601 PEMBERTON-BROWNS MILLS RD, PEMBERTON, NJ 08068**
**NO FORMS WILL BE ACCEPTED IN PERSON. REPRODUCTIONS OF THIS FORM WILL NOT BE ACCEPTED.**

NAME: _Kyle Bermudez_    STUDENT ID NUMBER _1071301_

MAIDEN NAME: _____    PHONE: _609 2886217_

ADDRESS: _4 Colonial Ct_    HIGH SCHOOL/ YEAR    _2009 highschool_
_Hainesport NJ 08036_    GRADUATED    _2013 undergraduate_

By signing this form, I am declaring my Intent-To-Enroll for the Spring 2017 Evening Nursing Program. **I have read the current Nursing Admissions Standards Booklet, and have completed and submitted all admissions criteria for entrance into the program.** I understand that meeting all admissions criteria does not guarantee my acceptance into the program. **In the event that the number of qualified applicants exceeds the number of available seats, priority will be established on the basis of county residency and number of non-nursing credits completed toward the RCBC, AAS.NUR degree.**

**ADMISSIONS CRITERIA:**

A.  Graduation from high school, or having a GED (**Submit OFFICIAL transcripts to the Office of Admissions**), with successful completion (C or better grade) of high school level algebra (or MTH075), high school biology with lab (or BIO120, 3 credits and BIO121, 1 credit) and high school chemistry with lab (or CHE107, 3 credits and CHE108, 1 credit). **High school transcripts from outside the US must be evaluated by Education Evaluators International, Inc. College transcripts from outside the US must be evaluated by World Education Services.**

B.  Successful completion of any required remedial courses, as determined by the College Assessment Test, prior to consideration for admission.

C.  TEAS V (Test of Essential Academic Skills) with an adjusted individual total percentage score of 60, taken within 3 years prior to admission to the nursing program. (TEAS V tests not taken at RCBC must have official scores sent to RCBC from ATI Testing)

Month/Year test was completed: _12/2015_ Score _60.7 %_

D.  Achievement of a cumulative GPA of 2.50 or greater in all courses taken at Rowan College at Burlington County (formerly Burlington County College).

E.  **Additional Requirements for Applicants Educated Outside the United States. Test of English as a Foreign Language (TOEFL) scores: RCBC nursing TOEFL CODE: 0824**
Official scores from within the past two years are required if the applicant was educated outside the US. Required Internet-based Test (iBT) scores are:
Reading 22, listening 22, speaking 26, and writing 25.
All official TOEFL scores must be sent to RCBC/Nursing from ETS.

*I certify that the information contained on this form, including my address, are truthful to the best of my knowledge. I am aware that any intentional misstatements of material facts shall subject me to disciplinary action under the Student Code of Conduct up to and including dismissal from Rowan College at Burlington County and monetary restitution.*

*All students entering the nursing program are required to undergo a criminal history background check and urine drug screening with "clear" results. Rowan College at Burlington County has designated ADAM SAFEGUARD as the vendor. County of residency will also be validated by the check.*

_Kyle Bermudez_    _4-1-16_
Signature    Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of Admissions
Rowan College at Burlington City
601 Pemberton - Brown Mills Rd
Pemberton NJ. 08068

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Patrick J. Monaghan

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

APR 4 2016

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7012 1640 0000 6946 4082

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Kyle Bermudez
4 Colonial Ct
Hainesport NJ 08036



**Fall 2017**

Apply to the program via the program website starting November 1, 2016



# Nursing



## Associate of Applied Science, (AAS.NUR)

The philosophy of the nursing program of Rowan College at Burlington County is consistent with the mission of the college in it's commitment to meet the educational needs of the community at large. The program reflects the constantly changing patterns of health-care delivery.

This program combines classroom instruction with laboratory and clinical experiences. Students are admitted twice yearly and can choose day or evening class and clinical placements. Graduates are prepared to sit for the National Council Licensing Examination for Registered Nurses. Nursing licensure is regulated by the New Jersey Board of Nursing and legal limitations exist for eligibility to take the licensure exam. A criminal history background check is a prerequisite for admittance to the program. Students with a positive background will not be admitted to the program.

Interested applicants should check rcbc.edu/nursing for updates to admission that are posted each semester. Basic requirements for admission include:

- High school diploma or GED;
- High school level algebra, biology and chemistry with labs or equivalent college course work with a grade of C or better;
- Completion of all remedial work as determined by the College Assessment Test;
- CPR certification through American Heart Association BLS for Health Care Professionals;
- Physical examination indicating they can perform required activities outlined in the student handbook;
- Personal health insurance;
- Clear background check;
- Negative drug screen.

Graduates of this program will be able to:

- Apply critical thinking skills to guide decisions regarding nursing practice for individuals and groups within a complex health care delivery system;
- Adapt therapeutic interventions to assist individuals and groups in the promotion maintenance and restoration of health;
- Apply professional standards and cultural concepts in planning the care of patients with complex healthcare alterations;
- Evaluate therapeutic communication strategies when caring for individuals and groups of patients with complex healthcare alterations;
- Synthesize evidence based research as it applies to the care of patients with complex healthcare alterations;
- Demonstrate incorporation of professional nursing standards of practice and commitment to professional development into personal nursing practice.

| General Education Courses † | Credits |
|---|---|
| Written & Oral Communications (ENG 101 & ENG 102 required) | 6 |
| Mathematics (MTH 107 required) | 3 |
| Natural Science (BIO 110/111 required)* | 4 |
| Social Science (PSY 101 required) | 3 |
| Additional General Education Requirements (SOC 101 required and PHI 101 required) | 6 |
| **Total** | **22** |

*† See General Education Requirements on page 52.*

| Program Courses | | Credits |
|---|---|---|
| BIO 114 | Anatomy and Physiology II* | 3 |
| BIO 115 | Anatomy and Physiology II Lab* | 1 |
| BIO 155 | Microbiology* | 3 |
| BIO 156 | Microbiology Laboratory* | 1 |
| PSY 256 | Developmental Psychology | 3 |
| NUR 130 | Fundamentals of Nursing | 5 |
| NUR 131 | Fundamentals of Nursing Laboratory | 1 |
| NUR 132 | Fundamentals of Nursing Clinical | 1 |
| NUR 140 | Nursing Care of the Childbearing Family | 2 |
| NUR 141 | Nursing Care of the Childbearing Family Clinical | 2 |
| NUR 145 | Nursing Care of the Children and Families | 2 |
| NUR 146 | Nursing Care of Children and Families Clinical | 2 |
| NUR 216 | Management and Professional Issues | 1 |
| NUR 220 | Nutrition in Nursing and Health Care | 3 |
| NUR 240 | Nursing Care of Patients with Mental Health Alterations | 2 |
| NUR 241 | Nursing Care of Patients with Mental Health Alterations Clinical | 1 |
| NUR 245 | Nursing Care of Patients with Medical Surgical Health Alterations | 2 |
| NUR 246 | Nursing Care of Patients with Medical Surgical Health Alterations Clinical | 2 |
| NUR 250 | Advanced Concepts of Nursing Care | 4 |
| NUR 251 | Advanced Concepts of Nursing Care Clinical | 4 |
| NUR 303 | Pharmacology for Nursing | 3 |
| **Total** | | **48** |
| **Total Required for Degree** | | **70** |

---

The Rowan College at Burlington County Nursing Program is accredited by: The New Jersey Board of Nursing, 124 Halsey St., 6th Floor, Newark, NJ 07102 (973) 504-6430 and the Accreditation Commission for Education in Nursing, Inc. (ACEN), 3343 Peachtree Road, Suite 850, Atlanta, GA 30326 • (404) 975-5000 • www.acenursing.com • Fax (404) 975-5020

# Rutgers

## The State University of New Jersey

### Camden College of Arts and Sciences

On recommendation of the faculty of the

The Board of Governors confers upon

**Kyle Timot S. Bermudez**

the degree of

## Bachelor of Arts

with all the rights, responsibilities, privileges, and immunities appertaining thereunto. Granted under the seal of the university on the nineteenth day of May, two thousand and thirteen.





Dean

President



# Fall 2018 High School Nursing Application Form

* Required

## ◄ Admissions Criteria

We urge you to carefully read the instructions for the application you are completing before beginning the application process. Applicants need to only complete one nursing application through the online system, and all documents MUST be on file when the application is submitted.

The Nursing Application for the Fall 2018 High School cohort opens December 6, 2017 and the deadline to apply is May 31, 2018 at 11:59 pm. Applicants to the cohort should expect an admissions decision within 6-8 weeks of application via email (RCBC Student Email only which is provided within 48 hours of application to RCBC).

Applicants will be evaluated based on their performance in high school based off the following criteria:

- Graduating from HS prior to July of 2018
- English: 4 yrs; must be completed; with a B or better
- Mathematics: Algebra I and II, and Geometry; with a B or better
- SAT: minimum score of 550 in Math & 550 in Evidence-Based Reading & Writing (for SAT after March 2016)
- ACT: minimum score of 24 in Math & 24 in Reading
- GPA: minimum of 3.0 at the time of the application.
  (student must have official transcript sent to the Office of Outreach and Admissions)

Acceptance as a High School Student into the nursing program is conditional acceptance upon your completion of the following:

- Satisfactory completion of all the current coursework required for high school graduation.
- Submissions of final transcript from High School after graduation to the Office of Outreach & Admissions
- Satisfactory completion with with a grade of C or better in the following courses prior to Fall 2019:

- PSY 101: Introduction to Psychology 3 credits
- ENG 101: English Composition I 3 credits
- BIO 110/111 Fundamentals of Anatomy and Physiology I and Lab 4 Credits
- SOC 101: Principles of Sociology 3 credits
- PHI 101: Introduction to Philosophy 3 credits
- NUR 220: Nutrition in Nursing & Healthcare 3 credits
- ENG 102: English Composition II 3 credits
- BIO114/115: Fundamentals of Anatomy and Physiology II 4 credits with lab
- PSY 256 : Developmental Psychology 3 credits
- MTH 107: Introduction to Statistics 3 credits

Upon successful completion of the above listed courses prior to beginning Nursing
courses in Fall of 2019 students will need to complete additional health requirements.
This information will be given to students whom are successfully progressing in Spring
of 2019.

***The Health Sciences division reserves the right to admit certain students using a
holistic review process. Entrance into the program is selective and is based on
academic ability and aptitude for a career as a nurse.

## First Name *

Your answer

## Last Name *

Your answer

## RCBC Student ID Number (from your RCBC Acceptance
Letter) *

Your answer



**JFK** Muhlenberg Harold B. &
Dorothy A. Snyder Schools

**Nursing, Medical Imaging & Therapeutic Sciences**

October 31, 2017

Mr. Kyle Bermudez
4 Colonial Court
Hainesport, New Jersey 08036

Dear Mr. Bermudez:

Congratulations! On behalf of the JFK Muhlenberg Harold B. and Dorothy A. Snyder Schools, we are pleased to inform you of your acceptance into the School of Nursing, for the Spring, 2018 semester. Because you have already earned an advanced degree, you are eligible for the Accelerated Track. When all science and general education course requirements are satisfactorily completed, you will be accepted into the Accelerated Track on a seat available basis. Please be aware that it is the standard of the Accreditation Commission for Education in Nursing (ACEN), and the JFK Muhlenberg Snyder School of Nursing, that all students enrolled in the Accelerated Track complete the program in a maximum of 5 semesters (150% of the actual program length).

A final evaluation of your credits will be completed by the Director of Registration and Enrollment. Please review the enclosed "Welcome To Our Program" information. It explains the next steps and how to determine the courses that you will need.

Please note that Admission is based on qualification. Placement in general education and clinical classes is based on seat availability. Current students are given priority for seat availability in clinical classes.

The Acceptance Packet Instructions sheet contains the necessary information to complete the acceptance process. Please consult that sheet for your instructions. Outlined below, if applicable, are additional specific acceptance requirements which apply to your candidacy. These requirements must be followed completely.

Your acceptance as an **Accelerated-Eligible student** is contingent upon:
- Paying your **non-refundable** acceptance fee.
- Providing the enclosed waiver for the College Placement Test.
- An official updated Rowan College transcript upon completion of the Summer 2017 and Fall 2017 semesters if applicable.

The first Accelerated Nursing course, NURM141, is offered each Spring, January, semester. To begin this course, it is necessary to satisfactorily complete all required science and general education courses.

You are expected to read the School of Nursing Student Handbook. The Handbook, and most other information, is available on the Schools' website, www.jfkmuhlenbergschools.org.

All students beginning Nursing courses, as well as first-time student-housing residents, must attend the Orientation program. The dates will be posted on the Schools' website.

Park Ave and Randolph Road          **Mailing Address:**
Plainfield, NJ 07060                 P.O. Box 4649
Ph: 908.668.2400 Fax: 908.226.4640  Metuchen, NJ 08840

www.jfkmuhlenbergschools.org
Accredited By: ACEN | NJSBON | JRCERT | CAAHEP | JRCDMS

Once again, congratulations on your acceptance to the JFK Medical Center Muhlenberg Harold B. and Dorothy A. Snyder Schools. Please also be aware that after paying your non-refundable acceptance fee, you must complete all remaining courses at Union County College.

Sincerely,

*Jane Vatsky*

Jane Vatsky
Director of Admissions and Recruitment Services
Enclosures



**JFK** Muhlenberg Harold B. & Dorothy A. Snyder Schools

# SCHOOL OF NURSING
## TUITION & FEES EFFECTIVE

### Academic Year 2017 - 2018

**AVERAGE OVERALL COST OF PROGRAM\*** (Based on In-County Rates)

Nursing – Generic Program (75 credits)..............................................................$40,786.50
Nursing – Accelerated Program (54 credits) (assumes transfer in of 21 general education credits) ...........$36,408.40
Nursing – LPN to RN Program (59 credits) (assumes transfer in of 16 general education credits) ...........$27,329.90
Nursing – Pathways to BSN 75 credits plus 14 credits towards BSN ...............................................$47,254.50

**Clinical Laboratory Fee – For Clinical Nursing Courses**

Nursing 120 - LPN Transition Course........................... $1,575.00
Nursing 121 - (4 Clinical Credits) ................................. $5,400.00
Nursing 122 - (4 Clinical Credits) ................................. $5,400.00
Nursing 221 - (4.5 Clinical Credits) .............................. $6,075.00
Nursing 222 - (4.5 Clinical Credits) .............................. $6,075.00
Nursing 141 - (6.5 Clinical Credits) .............................. $8,100.00
Nursing 241 - (4.2 Clinical Credits) .............................. $7,380.00
Nursing 242 - (6.5 Clinical Credits) .............................. $8,100.00

| TUITION | Union County Resident - | $191.10 per credit |
| | Out-of-State Resident - | $382.20 per credit |

**FEES**

Assess Test (Nursing IV & Acc. III) ..................................................$   60.00
Audit Fee (Lecture) .........................................................................$  150.00
Audit Fee (Laboratory)....................................................................$  350.00
Building Technology Fee ..................................................................$  300.00
Challenge NURM 119.......................................................................$  573.30
Course Change Fee (Drop/Add).........................................................$   50.00
Drug screening fee............................................................................$   25.00
Graduation Fee (non-refundable; payable last semester of program; includes Convocation and Commencement) .........$  400.00
Health Office Fee .............................................................................$  100.00/semester
Late Payment Fee ............................................................................$  100.00
Late Registration Fee........................................................................$  100.00
Leave-of-Absence Fee.......................................................................$   20.00
Library Fee (per semester) ................................................................$   35.00
Math Challenge ................................................................................$  191.10
Mid-Semester Room Change Fee .......................................................$   50.00
Online Course Fee ............................................................................$   30.00
Orientation Fee (payable first semester in the program) ......................$   60.00
Registration Fee (per semester) .........................................................$   35.00
Residence Fee (per semester) ............................................................$1,500.00
Returned Check Service Charge .........................................................$   40.00
Skills/Technology Lab Fee ................................................................$  125.00
Tote Bag (Nursing I)..........................................................................$   50.00
Transcript Fee ..................................................................................$   10.00
Union County College Parking Permit Fee ..........................................$   65.00

Course or Laboratory Fees – (Science, Math, Social Sciences, Humanities) may be found on Fee Sheets or Web site for Union County College - www.ucc.edu

\*All charges are subject to change at any time pending appropriate approval. All School of Nursing students are enrolled in the
JFK Medical Center Muhlenberg Harold B. and Dorothy A. Snyder School of Nursing/Union County College Cooperative Nursing Program.
    Additional Fees course fees may apply.

From: **Kyle Timothy Bermudez** <kyletimothy_bermudez@mymail.rcbc.edu>
Date: Thu, Nov 17, 2016 at 1:46 PM
Subject: Executive Inquiry, Re: Kyle Bermudez, Nursing 119 -1C2
To: pdrayton@rcbc.edu
Cc: kmontalto@rcbc.edu


Dear Sir,


I would like to ask your guidance regarding an incident on Monday, November 14, 2016. I am not feeling well. I had one episode of panic attack after 8:00 am. As a result, I am unable to take Nursing 119 Exam #3 at 10:00 AM, and Catheter practicum at 2:00 PM. I did not attend the Clinical on Wednesday, November, 16, 2016, per suggestion of Mrs. Celeste Brown Apoh, although I am ready to attend. That same day I was scheduled to meet with her at 12:15 PM to discuss plan and come to Open Lab to practice catheter insertion. However, Linda Schmidt, Director of Public Safety intervenes and canceled the meeting with no explanation. It was rescheduled today at 10:30 AM after I attended my Microbiology Lab at 8:00 AM. I am fine with the hope that I can continue my studies as in my previous communication. I plan to take Exam #3 early next week and Catheter practicum after Exam #3. Unfortunately, during the meeting attended by faculty, safety and behavioral counselor, I was told the only option is "Withdrawal". I am not provided with the minutes of the meeting. I am confused. I am not allowed to attend future classes. I have one practical remaining for the semester which I intend to attend initially. One panic attack and one option "Withdrawal". I need your advise. I believe this is unfair. I hope I can be treated fairly to achieve success.


I am giving my parents the permission to discuss further.


Thank you for your time and patience.


Kyle Bermudez

(609) 227-8011

(609) 288-6217

Student ID 1071301

✕

Burlington County Times News App

VIEW HTTPS://ITUNES.APPLE.COM/US/APP/ID1397277245?AT=1000LKC&CT=SB-
GateHouse Media LLC
FREE — On the App Store   BURLINGTON COUNTY TIMES)

# Burlington County Times

# RCBC board accepts President Paul Drayton's resignation

**By David Levinsky**
Posted Apr 6, 2018 at 2:10 PM
Updated Apr 6, 2018 at 2:13 PM

The Rowan College at Burlington County board of trustees voted unanimously Friday to accept Paul Drayton's resignation for medical reasons and to place him on medical leave until Aug. 31, when his resignation will take effect.

MOUNT LAUREL — Rowan College at Burlington County President Paul Drayton is resigning from his leadership post after spending the last six months on administrative leave because of a discrimination complaint filed by a college employee.

The college's board of trustees voted unanimously Friday to accept Drayton's resignation for medical reasons and place him on medical leave until Aug. 31, when his resignation will take effect.

While Drayton is on medical leave, the college will continue to pay him his salary and benefits, but will apply the unused balance of his accrued vacation, illness and personal time, officials said.

"We accepted Mr. Drayton's resignation for health reasons. We wish him the best, and that's basically all I can comment on," board chairman George Nyikita said Friday morning after the special meeting, which included a brief executive session and then the vote.

Nyikita and other college officials declined further comment, including whether an internal investigation the college launched after being notified of the discrimination complaint was concluded.

"That's still a pending matter, and I can't comment on it because of personnel," he said.

The investigation was launched in late September by attorney Michael D. Shaller, of the Ocean County firm King, Kitrick, Jackson & McWeeney.

Nearly a month earlier on Aug 30, Drayton was placed on paid administrative leave after RCBC learned that an employee had filed a discrimination complaint with the U.S. Equal Employment Opportunity Commission, the agency charged with enforcing civil rights laws related to workplace discrimination and harassment.

The commission has not taken any action against the college or Drayton, and it has declined to release any details about the complaint, including the name of the employee who filed it or the allegations made.

Under federal law, workplace discrimination or harassment must be filed with the EEOC before any civil litigation occurs. The law requires a plaintiff to wait at least 180 days before filing a lawsuit in federal court, but New Jersey Superior Court has no required waiting period.

Stephen Console, the Philadelphia attorney who was representing the employee when the complaint was filed, could not be reached for comment Friday.

As of Friday, there was no record of a complaint being filed.

As part of his resignation, Drayton signed a separation agreement that specifies he would continue to receive his $203,206 salary and other benefits until Aug. 31, but be required to use his unused vacation, personal and sick time. College officials said his unused time amounted to about 469 hours.

The agreement indicated the college would pay for Drayton's COBRA health benefits from Sept. 1 through Aug. 31, 2019, as well as the cost of his life insurance.

The agreement said that Drayton previously returned all college property and had been relieved of his job-related responsibilities. It included a mutual "non-disparagement" clause extending to all college employees, the board and the Burlington County Board of Freeholders, and a release clause forbidding Drayton from taking any legal action against the college, freeholder board or RCBC's employees and representatives.

Although the complaint cast a cloud over Drayton's resignation, sources familiar with the matter said the Mount Laurel resident is undergoing treatment for a "serious medical condition," which prompted his decision to formally step down.

Mike Cioce, the college's vice president of enrollment management and student success, has been serving as acting president since Drayton's departure.

Reached Friday, Drayton declined to discuss the status of the complaint or his health, but said he was proud of his work at the college and what it has become.

"I am proud of what we were able to accomplish and the transformation of (Burlington County College) to Rowan College at Burlington County, and being recognized nationally for its innovation and affordability," he said. "I will truly miss the students, the faculty and the staff, and I thank the board."

Drayton was named president in March 2015 and has been credited with overseeing RCBC's landmark partnership with Rowan University and a $55 million transformation of its Mount Laurel satellite campus into its new main campus and the phase out of its over 40-year-old Pemberton Township campus.

Just two days before being placed on leave, Drayton led a media tour of the college's new 78,000-square-foot Student Success Center, considered the centerpiece of the Mount Laurel campus.

Under Drayton's leadership, the college also created its tuition initiatives and other measures in an effort to make RCBC more affordable and accessible, including its so-called "3+1" program with Rowan University that gives students the opportunity to earn a bachelor's degree by attending three years at RCBC and transferring to Rowan for the final year.

The program allows students to take advantage of the county college's low tuition to earn a bachelor's degree for under $30,000, and is credited with helping RCBC make gains in its enrollment after years of decline.

Early into his tenure, Drayton also oversaw the opening of the college's Workforce and Development Institute, which manages all the county's workforce training, career education and job placement programs.

Prior to leading the college, Drayton spent close to five years as Burlington County administrator, overseeing a period in which the county government made several cost reductions and efficiencies, including the sale of Buttonwood Hospital, the county's former nursing home and psychiatric facility, and the closing of the county's police academy at the college's Pemberton campus.

Drayton also spent nine years as chief executive of the Delaware River Port Authority, the bi-state agency that owns and operates the Ben Franklin, Betsy Ross, Walt Whitman and Commodore Barry bridges and the PATCO transit system.

On Friday, Drayton said his work at the college was what he was most proud of and also what he most enjoyed.

"There's a lot to be proud of, especially transforming the college to what it's become. The vision was realized. And it was the most enjoyable time of my professional career," he said.



 Menu



# RCBC student comedian makes light of his life on the spectrum to take top prize in talent competition

**Post date:** Monday, April 30, 2018 - 11:56am



He writes what he knows. His jokes revolve around school, summer jobs and even his life on the autism spectrum.

Harrison Brown, a 19 year-old Rowan College at Burlington County student, defeated more than a dozen students with his comedy routine to take first place at Rowan College at Burlington County's Student Life Talent Show, which was coincidentally held in April, National Autism Awareness Month.

"I wasn't expecting to be in the top three, let alone win," Brown said. "My heart skipped a couple beats when they announced I had won first place."

Life with Autism Spectrum Disorder (ASD) may not seem like a laughing matter, but Brown says he is just "wired a little differently." He also said it helps to find humor in everyday life, and it doesn't hurt that he has an incredible capacity to remember jokes.

"One of the top reasons Rowan College at Burlington County is the number one community college in the state, is because of our students," said RCBC Acting President Michael Cioce. "Our community of students are tireless, dedicated and supportive of one another. We encourage them to find their voices here, just like Harrison did."

The Cherry Hill resident and Cherry Hill East graduate, said that he has been honing his comedic skills since elementary school. His father is in comedy too.

"I wanted to tag along with my dad to his gig, and he jokingly said I could come along if I would get on stage too. He was only joking, but I took him up on it," said Brown.

For the past five years, Brown has been doing open mic nights and a few professional local shows.

"I love commanding an audience with laughter and it helps that the world is all yours for five minutes," he said.

He edits his show as needed to make it more appropriate to the audience and rehearses jokes with his dad to see what will get the best response.

In addition to a great memory for jokes, he explains that he is hyperlexic and was reading books by

BUR L 002495-18    11/13/2018    Pg 65 of 65 Trans ID: LCV20182004570
the time he was just 3 years old.
Case 1:19-cv-12478-RMB-KMW    Document 1-1    Filed 05/13/19    Page 79 of 85 PageID: 85

"I have a fantastic memory, especially in math and science," he said.

Brown hasn't decided on a major at RCBC yet, but is leaning toward chemistry. After getting his associate degree, he is considering transferring to a four-year school where he can study food science.

"I'm obsessed with nutrition," he explains. "I read 'Eat This, Not That' and I'm really into healthy food."

He admits his "tastes" have changed over the years. For instance, now he listens to heavy metal, mostly the band Disturbed, but when he was younger, loud noises really bothered him. He also didn't like crowds, but now he is performing his own comedy on stage in front of large audiences.

He attributes the changes to becoming accustomed to a new normal. His parents also arranged for therapy, including occupational therapy to help refine his motor skills, at a young age because of his ASD. He also found the help he needed at RCBC.

"The Testing Center, tutoring, Office of Student Support - have all been very helpful," said Brown.

He likes his classes at RCBC so far, especially the math and sciences, but he says he doesn't have a plan set in stone for his future.

"It depends on how life goes. You can't be sure what will happen," he said.

Although he is unsure of the path he will take, it is undoubtedly paved with some great new material.



BURLINGTON COUNTY
SUPERIOR COURT
49 RANCOCAS ROAD
MT HOLLY          NJ 08060

                              TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (609) 288-9500
COURT HOURS  8:30 AM - 4:30 PM


                    DATE:   NOVEMBER 16, 2018
                    RE:     BERMUDEZ VS ROWAN COLLEGE AT BURLINGTON COUNTY
                    DOCKET: BUR L -002495 18


    THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 3.

    DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE PRETRIAL JUDGE ASSIGNED IS:  HON JEANNE T. COVERT


     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     002
AT:  (609) 288-9500.


     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                    ATTENTION:

                              KYLE BERMUDEZ
                              4 COLONIAL COURT
                              HAINESPORT      NJ 08036



JUCNOO0

BURLINGTON COUNTY
SUPERIOR COURT
49 RANCOCAS ROAD
MT HOLLY          NJ 08060
                              DISMISSAL NOTICE


TELEPHONE - (609) 288-9500,2 TEAM LEADER        TEAM 002
COURT HOURS:  8:30 AM - 4:30 PM

            DATE: MARCH 29, 2019
            RE: BERMUDEZ VS ROWAN COLLEGE AT BURLINGTON COUNTY
            DOCKET: BUR L -002495 18
            PARTY:  M CIOCE          D KAKLAMANOS        K MOTALTO
ROWAN CO



        PLEASE TAKE NOTICE THAT ON MAY 28, 2019     (60 DAYS FROM DATE OF
THIS NOTICE), THE COURT WILL DISMISS THE ABOVE PARTY OR PARTIES FOR LACK OF
PROSECUTION WITHOUT PREJUDICE, PURSUANT TO RULE 1:13-7 OR RULE 4:43-2 UNLESS ACTION
REQUIRED UNDER THE ABOVE RULES IS TAKEN.


    HON JEANNE T. COVERT                          KYLE BERMUDEZ
                                                  4 COLONIAL COURT
_____              HAINESPORT      NJ 08036
        JUDGE

**Report of Service**

| | Sheriff's No. 19001023 | Book: |
| | Doc #  L-002495-18 | Page: |
| | Sheriff Fee: $26.56 | |

Attorney:  KYLE BERMUDEZ (PRO SE)
County of Venue: BURLINGTON COUNTY

**Superior Court**

(State of New Jersey)    I Jean E. Stanfield, Sheriff of Burlington County, Do Hereby Authorize a Duly
(Burlington County)      Sworn Sheriff's Officer, To Execute and Return the Documents According to Law.

_____                          _____
Jean E. Stanfield, Sheriff                        Diane L. Jassmann, Undersheriff

Witness My Hand and Seal, This Day of 4/17/2019

**Defendant's Name/Address:**

ROWAN COLLEGE AT BURLINGTON
COUNTY
900 COLLEGE CIRCLE
MT. LAUREL, NJ 08054

| | |
|---|---|
| Date Served: 4/17/2019 | Person Served: LYNNE DEVERICKS |
| Time Served: 10:30 AM | Relationship: EXECUTIVE ASSISTANT FOR PRESIDENT |

Place of Service:
 900 COLLEGE CIRCLE
MT. LAUREL, NJ 08054

Attempted Dates/Times prior to service:

2019 APR 26  AM 9:51
SUPERIOR COURT
BUR FINANCE
RECEIVED
BY: 001

**Type of Service:** Business-person authorized to accept service

**Description of Documents:  Summons, Complaint, Case Information Statement**

**I Served The Within Documents, and/or A True Copy Thereof.**

_____
S/O SHELTON #35150

Officer's Notes:

Case: KYLE BERMUDEZ vs ROWAN COLLEGE AT BURLINGTON COUTNY

SUPERIOR COURT
BUR FINANCE

SUMMONS SUPERIOR COURT
BUR FINANCE     2019 APR 26  AM 9:51

Attorney(s) _Pro Se Kyle Bermudez_

Office Address  _4 Colonial Ct_

Town, State, Zip Code _Hainesport, NJ, 08036_

Telephone Number  ~~(609) 288-6217~~  _609 227 8011_

Attorney(s) for Plaintiff  _Pro Se Kyle Bermudez_

2018 NOV 13 Superior Court of
RECEIVED New Jersey
BY: 001 Burlington County     COUNTY
        Civil        DIVISION
Docket No:  _L  2495 -18_

Kyle Bermudez
  Plaintiff(s)

Vs.

**CIVIL ACTION
SUMMONS**

Rowan College at Burlington County
  Defendant(s)

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

                    _s/ Michelle Smith_
                    Clerk of the Superior Court

DATED:  _4-12-19_

Name of Defendant to Be Served:  _Rowan College at Burlington County_

Address of Defendant to Be Served:  _900 College Circle, Mount Laurel, New Jersey 08054-9416_

Revised 09/04/2012, CN 10792-English (Appendix XII-A)

I hereby deputize and appoint
S/O Shelton #35166
my Special Deputy to serve this Writ
Witness my hand and seal
This 15 day of April 2019

Jean E. Stanfield
JEAN E. STANFIELD
SHERIFF (SEAL)

Diane L. Jassmann
DIANE L. JASSMANN
UNDERSHERIFF (SEAL)

| | | |
|---|---|---|
| **ATLANTIC COUNTY:**<br>Atlantic County Court House<br>Family Division, Direct Filing<br>1201 Bacharach Blvd., West Wing<br>Atlantic City, NJ 08401<br>LAWYER REFERRAL<br>(609) 345-3444<br>LEGAL SERVICES<br>(609) 348-4200 | **GLOUCESTER COUNTY:**<br>Family Part<br>70 Hunter Street<br>Woodbury, NJ 08096<br>LAWYER REFERRAL<br>(856) 848-4589<br>LEGAL SERVICES<br>(856) 848-5360 | **OCEAN COUNTY:**<br>Ocean County Diss. Unit<br>214 Justice Complex<br>120 Hooper Ave.<br>Tom's River, NJ 08753<br>LAWYER REFERRAL<br>(732) 240-4907<br>LEGAL SERVICES<br>(732) 341-2727 |
| **BERGEN COUNTY:**<br>Justice Center<br>10 Main Street, Room 222D<br>Hackensack, NJ 07601-0769<br>LAWYER REFERRAL<br>(201) 488-0044<br>LEGAL SERVICES<br>(201) 634-2761 | **HUDSON COURT:**<br>Family Part<br>101 Administration Bldg.<br>595 Newark Ave.<br>Jersey City, NJ 07306<br>LAWYER REFERRAL<br>(201) 798-2727<br>LEGAL SERVICES<br>(201) 792-6363 | **PASSAIC COUNTY:**<br>Passaic City. Superior Court.<br>Family Part<br>County Adm. Bldg.<br>8th Floor, 401 Grand St.<br>Patterson, NJ 07505<br>LAWYER REFERRAL<br>(973) 278-9223<br>LEGAL SERVICES<br>(973) 523-2900 |
| **BURLINGTON COUNTY:**<br>Burlington County Central<br>Processing Office<br>Attn: Dissolution Intake<br>Courts Facility, 1st Floor<br>49 Rancocas Road<br>Mt. Holly, NJ 08060<br>LAWYER REFERRAL<br>(609) 261-4862<br>LEGAL SERVICES<br>(609) 261-1008 | **HUNTERDON COUNTY:**<br>Family Case Mgmt. Office<br>Hunterdon City Justice Ctr.<br>65 Park Avenue<br>Flemington, NJ 08822<br>LAWYER REFERRAL<br>(908) 236-6109<br>LEGAL SERVICES<br>(908) 782-7979 | **SALEM COUNTY:**<br>Family Court Intake<br>92 Market Street<br>P.O. Box 223<br>Salem, NJ 08079<br>LAWYER REFERRAL<br>(856) 935-5629<br>LEGAL SERVICES<br>(856) 858-9500 |
| **CAMDEN COUNTY:**<br>Camden County Family Division<br>Hall of Justice, 2nd Floor<br>Camden, NJ 08103-4001<br>LAWYER REFERRAL<br>(856) 482-0618<br>LEGAL SERVICES<br>(856) 858-9500 | **MERCER COUNTY:**<br>Family Case Mgmt. Office<br>175 S. Broad St., 2nd Floor<br>P.O. Box 8068<br>Trenton, NJ 08650-0068<br>LAWYER REFERRAL<br>(609) 585-6200<br>LEGAL SERVICES<br>(609) 695-6249 | **SOMERSET COUNTY:**<br>Family Case Mgt. Office<br>2nd Floor<br>P.O. Box 3000<br>Somerville, NJ 08876-1262<br>LAWYER REFERRAL<br>(908) 685-2323<br>LEGAL SERVICES<br>(908) 231-0840 |
| **CAPE MAY COUNTY:**<br>Superior Court, Chancery,<br>Family Part<br>4 Moore Road<br>Cape May Court House, NJ 08210<br>LAWYER REFERRAL<br>(609) 463-0313<br>LEGAL SERVICES<br>(609) 465-3001 | **MIDDLESEX COUNTY:**<br>Family Part Intake<br>Reception Team<br>120 New St.<br>P.O. Box 2691<br>New Brunswick, NJ 08903-2691<br>LAWYER REFERRAL<br>(732) 828-0053<br>LEGAL SERVICES<br>(732) 324-1613 | **UNION COUNTY:**<br>Family Part<br>New Annex Bldg.<br>Court House 2 Broad St.<br>Elizabeth, NJ 07207<br>LAWYER REFERRAL<br>(908) 353-4715<br>LEGAL SERVICES<br>(908) 654-4340 |
| **CUMBERLAND COUNTY:**<br>Cumberland County Court House<br>Broad & Fayette Streets<br>P.O Box 866<br>Bridgeton, NJ 08302<br>LAWYER REFERRAL<br>(856) 696-5550<br>LEGAL SERVICES<br>(856) 691-0494 | **MONMOUTH COUNTY:**<br>Family Part, Court House<br>71 Monument Park<br>P.O. Box 1252<br>Freehold, NJ 07728-1252<br>LAWYER REFERRAL<br>(732) 431-5544<br>LEGAL SERVICES<br>(732) 380-1012 | **WARREN COUNTY:**<br>Family Division<br>413 2nd St.<br>P.O. Box 900<br>Belvidere, NJ 07823-1500<br>LAWYER REFERRAL<br>(908) 387-1835<br>LEGAL SERVICES<br>(908) 475-2010 |
| **ESSEX COUNTY:**<br>Family Division<br>Wilentz Justice Complex<br>Room 1068<br>212 Washington St.<br>Newark, NJ 07102<br>LAWYER REFERRAL<br>(973) 622-6204<br>LEGAL SERVICES<br>(973) 622-0063 | **MORRIS COUNTY:**<br>Morris County Family Div.<br>Court House<br>P.O. Box 910<br>Morristown NJ, 07963-0910<br>LAWYER REFERRAL<br>(973) 267-6089<br>LEGAL SERVICES<br>(973) 285-6911 | |